**EXHIBIT  008** – Wire Xfer Fr Clarkson via Canada Trust to Koster

-------- Original Message --------
Subject:    Fwd: eFax message from "403 283 3223" ←①
Date:   Fri, 18 Dec 2009 20:15:22 -0800
From:  Kerim Emre <kerim.emre@gmail.com> ←②
To:     Lance @ MFI <lance@mockingbirdfilms.com>


Hi Lance,
Here is the copy of the wire confirmation message!
Best,
Kerim
kerim.emre@gmail.com
P: 951-719-4819
F: 951-224-6844

DISCLAIMER: Sender is not a United States Securities Dealer, Broker or US Investment Advisor. This
electronic transmission and or attached documents have not been verified or authenticated & are not to be
considered a solicitation for any purpose in any form or content, nor an offer to sell and/or buy securities
and or properties. Merely describing the details of an existing private placement program does not
constitute an offer or solicitation of any kind and, if presented,is done so as a request for information.
Upon receipt of these documents, you as the recipient, acknowledge this disclaimer and warnings herein.
By reading beyond this point, you agree, acknowledge and accept that this is a privileged, proprietary and
confidential communication and you agree to keep it private if not please return to sender


Begin forwarded message:

> From: "eFax" <message@inbound.efax.com> ←④
> Date: December 18, 2009 2:55:59 PM PST
> To: john@cftpartners.com ←③
> Subject: eFax message from "403 283 3223" - 2 page(s), Caller-ID: 403-283-3223 ←⑤
>
> eFax
>
>
>
> Fax Message [Caller-ID: 403-283-3223] ←⑥
>
> You have received a 2 page fax at 2009-12-18 14:55:59 PST. ←⑦
>
> * The reference number for this fax is den1_did13-1261176903-9254078440-6.
>
> View this fax using your PDF reader.
>

12

> Please visit www.eFax.com/en/efax/twa/page/help if you have any questions regarding this message or your service.
>
> Thank you for using the eFax service!
> Home    Contact    Login
> Powered by j2
>
> © 2008 j2 Global Communications, Inc. All rights reserved.
> eFax® is a registered trademark of j2 Global Communications, Inc.
>
> This account is subject to the terms listed in the eFax® Customer Agreement.





# Fax

| | | | | |
|---|---|---|---|---|
| **To:** | Scott Koster ←⑨ | | **From:** | Wendy Hill-Tout ←⑨ |
| **Fax:** | 925 407 8440 | | **Date:** | December 18, 2009 |
| **Phone:** | | | **Pages:** | 2 |
| **Re:** | Fax Confirmation TD Funds | | **CC:** | Lance Flores |

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

Please find attached confirmation of wire transfer

Best Wishes,

Wendy Hill-Tout
President

18 Dec 2009 3:48PM    VOICE PICTURES         403-283-3223        P.2

 **Canada Trust**

**WIRE PAYMENT SERVICES**

Date: Friday December 18, 2009

Branch: 8898

Wire Payment ID: 0912188541700B
Financial Transaction ID: 472736

Wire Payment Amount: 90,000.00 USD
Correspondent Bank Charges: 0.00 USD
Handling Fees: 50.00 CAD
Waived Amount: 0.00 CAD

Sending Customer: MS VICKI A CLARKSON
Street Address: 2410 36 ST SW
City: CALGARY
Province/State: AB
Country: CANADA (CA)
Sending Customer Reference Account: █████████

Receiving Customer: SCOTT KOSTER
Street Address: 14391 80 ST
City: MILACA
Province/State: MN
Country: UNITED STATES (US)
Account/IBAN: ███████7813
Customer Code:

Settlement Bank: TCF BANK
Street Address: 19270 FREEPORT STREET
City: ELK RIVER
Province/State: MN
Country: UNITED STATES (US)
Bank Code: 291070001
Intermediary Bank Account:

```
SO809-004                    4
THE TORONTO DOMINION BANK

     DEC 1 8 2009

CALGARY, AB CANADA DOCUMENT
BALANCE AMOUNTS SERVICE
4                    SO809-004
```

**TERMS AND CONDITIONS**

The customer understands that no liability shall attach to the Toronto-Dominion Bank or its correspondents, for loss or damage in consequence of any delay or mistake in transmitting this message, or for any cause of any nature whatsoever other than wilful negligence. The customer understands the Toronto-Dominion Bank assumes no liability for charges levied by any foreign banks during the handling of this payment. In case of a transfer in foreign currency, an exchange is purchased to cover the sum known, applicant understands that the Toronto-Dominion Bank will not be liable, in the event that payment cannot be made, for any amount in excess of the value of such exchange in Toronto at the time refund is made. The customer further understands that any remittance forwarded outside Canada expressed in a currency other than that of the country in which payment is to be made may be converted by the Toronto-Dominion Bank's foreign correspondents at their option into the local currency of such country at their buy rate of exchange. If for any reason payment cannot be made of any remittance which has been converted into local currency by a foreign correspondent, the customer understands that the liability of the Toronto-Dominion Bank is limited to a sum not in excess of the current market value in Toronto of the said local currency at the time a refund is made.

I/We acknowledge being advised of, and authorize the rate of foreign exchange (if applicable) for the above transaction.

I/We hereby authorize the Wire Payment transaction and agree to these terms and conditions.

Customer Signature/Authorized Signature

**EXHIBIT  009 – Koster/Alicorn IDLYC Buy/Sell Trade Contract**



## M.O.A. OF BG FUNDING

This Memorandum of Agreement (MOA) of Bank Guarantee "Funding" with corporate governance by both parties and under penalty of perjury by the International laws have be agreed and consent by both parties is executed on, DECEMBER 3RD, 2009, by and between:

IDLYC HOLDINGS TRUST "IDLYC" hereby duly represented by ____ holder of USA Passort Number ____ with registered business address of ____

Number ____ Hereinafter referred to as **THE FUNDER**.

▲ Inland Revenue Department ____

ALICORN CAPITAL MANAGEMENT hereby duly represented by SCOTT ANTHONY KOSTER, CEO, holder of ____ with registered business address of ____ , hereinafter referred to as **THE PROVIDER**, and together The Parties.

WHEREAS the Parties wish to enter into this MOA for the purpose of funding a Bank Guarantee (BG) for the face value of US$100,000,000.00 (One hundred million United States Dollars) or more up to $4,110 billion with old and extensions.

WHEREAS the PROVIDER will wire transfer funds to the Trust Account B low firm account assigned to in this transaction as provider and the FUNDER will close to issue a BG as described above for the face amount of One hundred million U.S. dollars (US$100,000,000.00) described above based on the PNS VALUE based on the amount wired to the FUNDER. The BG will be issued in the name of the FUNDER for the purpose of Private Placement Program enhancements. Trust Fund Account B is an escrow agent, a third party to this Agreement and assumes no liability as to this transaction.

WHEREAS (Client entity) warrants that it or its associates have the necessary financial relationships and resources to lease a callable BG to be issued by a first class world top Bank by the FUNDER. The PROVIDER will wire transfer funds to the Trust Account B low firm account.

### TRUST ACCOUNT:

BANK NAME
BANK ADDRESS
ACCOUNT NAME
ADDRESS
ACCOUNT NUMBER
ABA NUMBER
SWIFT NUMBER
FBO

1
REF CODE: MOA-BG-IDLYC-4WM-ACM-LAKGB/RON=720699
INITIALS ____



## FUNDING SCALE: PLEASE INITIAL THE STARTING WIRED AND INSTRUMENT AMOUNT

| | WIRED | INSTRUMENT | INITIAL |
|---|---|---|---|
| $ | | | |
| $ | | | |
| $ | | | |
| $ | | | |
| $ | | | |
| $ | | | |
| $ | | | |
| $ | | | |
| $ | | | |
| $ | | | |
| $ | | | |
| $ | | | |

NOW THEREFORE, the PARTIES, in consideration of the mutual terms and covenants hereinafter set forth, the PARTIES intending to be bound by law, do hereby agree to the following terms and conditions.

1.   M.O.A.

1.1. The FUNDER agrees to cause the issue of a first Cu BG from an acceptable prime bank, (as per agreed verbiage, subject to change if necessary required by both parties) with

2
REF CODE: MOA-BG-IDLYC-4WM-ACM-LAKGB/RON=720699
INITIALS ____



IDLYC HOLDINGS TRUST

a list from one amount of One hundred million United States Dollars (US$100,000,000.00) or "INS VALUE" in favour of "The FUNDER" OR ITS ASSIGNS.

1.2. The PROVIDER warrants that no proceeds from this transaction will be utilized for illegitimate business activities.

1.3. The FUNDER will provide the PROVIDER a copy of the SWIFT MT760 BG ONE HUNDRED MILLION UNITED STATES DOLLARS (US$100,000,000.00) OR "INS VALUE" from the issuing bank.

1.4. A net fifteen percent (15%) of the credit line value will be paid weekly to the principals, for a term of forty weeks that shall exclude banking holidays and closed calendar days upon a best efforts week-to-week basis and the BG will be required to remain blocked in place to the end of signaled to beneficiary or coordinates to participate in this program. Payments will commence only after successful acceptance, authentication and confirmation of the receiving bank.

"IDLYC" agrees to have the banking arrangements in place to accept the abovementioned SWIFT MT760 BG into its nominated bank coordinates, and remit the agreed of the face value of the first tranche BG One hundred million United States dollars (US$100,000,000.00), if IDLYC fails to provide the BG or any part of this joint venture between the Parties, IDLYC will within 30 days upon written demand refund all fees collected less hard cost paid to a third parties. It is further disclosed the rewrite that IDLYC may cause to pay from Attorney/trust accounts third party cost.

"IDLYC" receiving SWIFT MT760 BG $100 million of "INS VALUE" bank coordinates:

Bank Name:
Address:
SWIFT/BIC:



**PROCEDURES:**

1.5.1 The MOA is lodged with the respective bank officer-in-charge of this contracted Agreement transaction with the exact bank offer letter given to The FUNDER by the PROVIDER with a exact bank format/verbiage (as per attachment) of bank instrument acceptable by the FUNDER bank.

1.5.2 Upon satisfactory verification of the PROVIDER wire transfer into the account of Trust Account B law firm, a SWIFT ICBPO apply from "IDLYC", shall cause the issuing bank to send the BC via SWIFT MT760 in favour of "IDLYC" and (client entity) or assigns to the "IDLYC" bank.

1.5.3 Upon satisfactory verification of SWIFT MT760 from issuing Bank, within Eight (8) banking hours "IDLYC" shall cause the issuing bank to make cash with the transfer payment as per the ICBPO and Contract value amounts.

3

REF CODE: MOA-BG/IDLYC-INTR-ACTI-LMGR-040411-120309

INITIALS



IDLYC HOLDINGS TRUST

1.4. Subsequently, issuing bank shall send the hard copy original instrument as per "IDLYC" Bank Instructions or to "IDLYC" bank via bonded courier within Seven (7) banking days. Verification of documentation to be provided to (client entity signatory name).

1.5.5 Transaction continues according to the agreement reaches scheme due on demand procedures. Both parties confirm that each is fully empowered, legally qualified and duly authorized to execute and deliver this document, and to be bound by its terms and conditions.

**2. GENERAL**

The purpose of the MOA shall be, to complete the financial transaction for the benefit of the PARTIES to this MOA.

**3. TAXES**

None of the PARTIES make any representation regarding the tax implication or consequence, if any, of the transaction envisaged by this MOA. It being clearly understood and agreed by all PARTIES hereto that each individually and separately, accepts liability for taxes, imports, levies, duties or charges that may be applicable in the performance of their respective duties herein.

**4. GOVERNING LAW**

4.1. This MOA shall be governed by the laws England/UK and Wales and shall be subject to the jurisdiction of the courts. Any change or modification of this MOA must be in writing and executed by all of the PARTIES hereto.

**5. AUTHORITY AND SURVIVAL**

The PARTIES hereby confirm that each is in full authority and is duly authorized to execute and deliver this MOA. Or if their respective organisation and to be bound by its terms and conditions, should any portion of this MOA be ruled unlawful, then that portion shall be null and void, but the remainder of the terms and conditions set forth herein shall remain in full force and effect.

**6. NON-CIRCUMVENTION / NON-DISCLOSURE**



4.2. This MOA shall be executed in one or more counterparts and each counterpart shall be considered an original and binding contract whether received by fmail, courier, documents. To be considered the original until receipt to the hard copy.

4

REF CODE: MOA-BG/IDLYC-INTR-ACTI-LMGR-040411-120309

INITIALS



17

# IDLYC HOLDINGS TRUST



6.1. Standards of the ICC regarding non circumvention, non disclosure and force majeure shall apply and are deemed to be included here h by reference hereto further delineated but no limited, as follows:

6.2. The PARTIES hereto agree not to circumvent or attempt circumvent. Any other parties in any manner who soever, whether directly or indirectly through the use of or a third party herein or otherwise for a period of sixty months (60) h years from the making of this MOA.

6.3. This MOA shall be kept confidential and s not to be reproduced in a ny manner whosoever. Further, this MOA shall not be given to any third party except those persons directly involves with the closing o "the transactions herein contemplated. No signatory party, or related parties, (direct or indirect) here n will attempt to deal with in any way, or solicit the source or client of this office, or any linked any manner, without the prior written consent of the other party. Information o the subject transaction contemplated including all individual names, telephone numbers are to remain confidential and each party hereto expressly prohibits this either from releasing any personal information to third parties.

## 7. LEGAL AND BINDING

Under penalty of perjury, the PARTIES do hereby declare that this is a just and binding MOA. fur transactions described above. This MOA applies regardless of whether banks or amounts of invested capital states in this MOA change. Mutual written consent must be provided if the above changes should occur.

## 8. ARBITRATION

If any dispute arises between the PARTIES hereto in the system that is just and binding MOA by amicable discussions, it shall be resolved upon this MOA for arbitration under the rules of the International Chamber Of Commerce rules of Arbitration. Arbitration shall take place in England and Wales. The decision shall be final and binding, and may be filed for judgment in any court of competent jurisdiction.

## 9. MODIFICATION

Modifications, changes or amendments to this MOA shall not be effective only, all such time as they are reduced to writing and agreed upon by each and every party hereto. There shall be no deviation in procedures once this MOA is signed and the transaction commence.

## 10. EMAIL TRANSMISSION OF MOA

A duly executed EMAIL copy of this MOA shall be demand as original, binding and enforceable MOA in every respect.

## 11. ENTIRE MOA

---

# IDLYC HOLDINGS TRUST



11.1 The PARTIES hereto certify, warrant and confirm that they have each read the MOA in its entirety and fully understand the intent and meaning as contained herein including any appendix attached, and agree that successors, executives, associates, affiliates or assigns of their or any affiliates organizations now in existence or hereafter named shall be bound by hereto and shall abide by the terms and conditions of this MOA.

11.2 This MOA is binding upon the undersigned PARTIES, and cannot be altered or amended except by signed MOA on the amendment by the PARTIES hereto.

IN WITNESS WHEREOF the PARTIES have executed this Agreement as of the day and year first above written.

Signed on behalf of IDLYC HOLDINGS TRUST "IDLYC"

/s/



Passport No.
Country: USA

Signed on behalf of (AUCORN CAPITAL MANAGEMENT)

/s/
SCOTT ANTHONY KOSTER, CEO



**EXHIBIT   010** – Kerim Emre Email - BG ISIN number

-------- Original Message --------
Subject:   BG ISIN number
Date:   Tue, 5 Jan 2010 18:08:14 -0800
From: Kerim Emre <kerim.emre@gmail.com>
To:    Lance @ MFI <lance@mockingbirdfilms.com>

Bond/BG ISIN number XS0205433377 that the instrument is going to be issued on.
Best,
Kerim
kerim.emre@gmail.com
P: 951-719-4819

---

**EXHIBIT   011** – Deutsche Bank AG London - instrument ISIN XS0205433377

Domain Name/URL:
http://www.deutsche-bank.de/ir/de/download/Aufnahme_von_Anleihen_Ausuebung_von_Kuendigungsre
chten_Zinszahlungen_und_Rueckzahlungen__2009.pdf

{Extract}

**Der Wortlaut der nachfolgend aufgeführten Veröffentlichungen ist im Unternehmensregister unter der Firma
Deutsche Bank AG, HRB 30000, einsehbar.**

| Gesamtemittent | Datum | ISIN | WKN | Kurzname | Vorgang |
|---|---|---|---|---|---|
| Deutsche Bank AG, London Br. | Okt 09 | XS0203185037 | A0DD9A | EO-ZO Med.-T. Nts | Kündigung |
| Deutsche Bank AG, London Br. | 28.12.2009 | XS0204481724 | DB1CMB | FLR-Nts. v.04(09) Share-Basket | Fixing |
| Deutsche Bank AG, London Br. | 13.02.2009 | XS0204611957 | A0DE2K | DL-FLR Med.-T. Nts 2004(05/14) | Fixing |
| Deutsche Bank AG, London Br. | 14.05.2009 | XS0204611957 | A0DE2K | DL-FLR Med.-T. Nts 2004(05/14) | Fixing |
| Deutsche Bank AG, London Br. | 14.08.2009 | XS0204611957 | A0DE2K | DL-FLR Med.-T. Nts 2004(05/14) | Fixing |
| Deutsche Bank AG, London Br. | 08.12.2009 | XS0205142481 | DB16EA | Pendulum Nts.link.v.04(09) | Fixing |
| Deutsche Bank AG, London Br. | 20.02.2009 | XS0205174179 | A0DFFX | EO-FLR Med.-T. Nts 2004(16) | Fixing |
| Deutsche Bank AG, London Br. | 25.11.2009 | XS0205433294 | DB16EC | FLR-Share Bas.Link. Nts.04(10) | Fixing |
| Deutsche Bank AG, London Br. | 25.11.2009 | XS0205433377 | DB16ED | FLR-Share Bas.Link. Nts.04(10) | Fixing |
| Deutsche Bank AG, London Br. | 25.11.2009 | XS0205434771 | DB16EE | FLR-Share Bas.Link. Nts.04(10) | Fixing |
| Deutsche Bank AG, London Br. | 28.12.2009 | XS0205622003 | A0DFU5 | DL-FLR Med.-T. Nts 2005(05/15) | Fixing |
| Deutsche Bank AG, London Br. | 28.12.2009 | XS0205622003 | A0DFU5 | DL-FLR Med.-T. Nts 2005(05/15) | Fixing |

19

**EXHIBIT   012** – Kerim Emre Email - Payout Schedule

-------- Original Message --------
Subject:        Fwd: Update
Date:   Thu, 7 Jan 2010 10:52:42 -0800
From:   Kerim Emre <kerim.emre@gmail.com>
To:     Lance @ MFI <lance@mockingbirdfilms.com>

Update on trade

Sent from my iPhone

Begin forwarded message:
>
>> I spoke to Scott Koster yesterday and he gave me some new
>> information, all good news.  Scott should be following up with his
>> own email no later then close of business today.
>>
>> Here is my understanding of what was said:
>>
>> 1. Settlement is Friday.
>> 2. This Friday will be the first settlement. So there will be 39
>> more.
>> 3. Money will be wired on Monday.
>> 4. This wire will hit scotts paymaster then be distributed from
>> there.
>> 5.  Future wires will go direct to JV principals not through Scott.
>> 6. Scott should have a hard copy of the actual BG early to mid week
>> next week that will be provided to the JV partners.

--------------------------------------------------------------------------------

**EXHIBIT   013** – Emre 13 Jan 2010 12:17:16 -0800 Subfee Agreement

-------- Original Message --------
Subject:        SubFee Setup
Date:   Wed, 13 Jan 2010 12:17:16 -0800
From:   Kerim Emre <kerim.emre@gmail.com>
To:     Lance @ MFI <lance@mockingbirdfilms.com>

Hi Lance,
Here is the subfee agreement for Global Paymasters.  I filled out my information, but I'll need you to fill
out the header, as well as yours so we can be setup for disbursement.  Please sign/date/etc and then send
back to me.  I will then sign my portion and and send it back to you as a PDF.
Best,
Kerim
kerim.emre@gmail.com
P: 951-719-4819

20

**EXHIBIT   014** – 3 Feb 2010 Emre e-mail - Update from Koster

-------- Original Message --------
Subject:        Update
Date:   Wed, 3 Feb 2010 12:04:25 -0800
From:  Kerim Emre <kerim.emre@gmail.com>
To:     Lance @ MFI <lance@mockingbirdfilms.com>


Hi Lance,
I am on a conference call but this is the update I just got from Scott.

Kerim,

I am putting together a more solid update as we speak. I am in receipt of the pre-advice for the BG that our
group, and several others that I am a direct party to, are transacting off of. Please convey to your
investor/client my gratitude and appreciation for being patient through all of this. As you can imagine, we
are all very anxious to be in receipt of conformation of the first payout.

I appologize for just now getting back to you. I will be forwarding this update to John, which will include
a Non-disimination disclosure, so that I can then forward on the Pre-advice in a sanitized format for
everyone to see that there is true performance happening here :)

Thanks again, and you can expect to see the update shortly.
Scott

Best,
Kerim
kerim.emre@gmail.com
P: 951-719-4819

21

**EXHIBIT  015** – 3 Feb 2010 12:49:55 -0800 e-mail fr John Childs

-------- Original Message --------
Subject:          Fwd: For the consideration of our PSA Clients
Date:   Wed, 3 Feb 2010 12:49:55 -0800
From:   John Childs <jtchilds@gmail.com>
To:     jtchilds@gmail.com

FYI, I am also expecting another update tonight or tomorrow morning.

John,

As promised, I am putting together an update outlining the more recent information that I have. I am including as an attachment a non-dicimation agreement, so that I may without worry, forward on the items that I am in receipt of, to provide to our PSA clients proof of performance.

As all of our clients are aware, there have been numerous setbacks and holdups. I now have a more solid picture of what has been transpiring, and when we can expect our first payout, within a loosely spelled out timeline. All of the information provided below has been given to me to forward on as an outline of where we are currently setting.

IDLYC has been working with one banker out of HSBC Hong Kong throughout this whole process. This banker was on vacation from shortly before the US holidays, to the 16th of January. This resulted in a number of delays and a lack of communication flow coming our way, through IDLYC. As of Friday the 29th of Jan, the funding bank, HSBC, has not released the hardcopies of the instruments to my knowledge. Upon IDLYC being provided the hard copies, they will be able to begin funding. The funding has been schedualed to follow approximately one week after the receipt of the hard copies of the instruments, at which time, myself, as well as all of the other principals, will be in receipt of their hard copy as well.

A direct request by a partner of mine, as well as myself for proof of this was directed towards IDLYC, as well as their attorneys. To comply with this request, we were required to sign a Non-dicimination agreement, outlining that we would not, under any circumstances, provide this to any parties, outside of those listed on the agreement. After receiving this agreement, we went back to the group, and requested the authorization to forward a sanitized version of this document, to 3rd party individuals who have a direct relationship to our personal transactions. We provided a list of names, as outlined in the PSA that each of you have signed with ACM, and have been given permission to forward these documents on, after receipt of the NDA's back signed by each PSA contributing member.

For your consideration, please see the attached document, and return it signed. This will allow us, upon providing that back to IDLYC, to forward each of you a sanitized copy of the swift pre-advise, for the instruments that each of you are a party to through the PSA signed with Alicorn Capital Management.

Again, I would like to thank all of you for your continued patience and understanding through out this transaction.

--
Scott A. Koster

**EXHIBIT   016** – Kerim A. Emre - Curriculum Vitae - Entrepreneur Days

Domain Name/URL: http://www.entrepreneurdays.com/pressroom/



**Kerim Emre,**
eBay Titanium
PowerSeller
Temecula, California

## The PhD on eBay Speaks

Kerim Emre has developed many businesses online. one of which became the largest eBay Media Store with over 350.000 unique items listed and a monthly volume of over $500.000.

As the son of a diplomat. Kerim has lived all over the world and gained a unique multi-cultural perspective on everything from managing business to customer service.

Kerim started developing his know-how while attending UCLA where he earned degrees in Bio-Chemistry and Physics. Upon graduation. he designed video games then began his eBay business and created eCommerce sites

Kerim's eBay business handles the logistics of moving up to 5000 items per day and has earned him the level of a Titanium Level Powerseller on eBay. His VP of Marketing even negotiates direct buys from major motion picture and television studios. eBay recently contacted Kerim to expand on their media market share and some of the suggestions Kerim gave to eBay are now an everyday part of the eBay experience.

Being a devoted husband and father to two sons yet still constantly putting his work before his family finally led him to his true passion in business - to educate people to achieve success online. Don't miss meeting Kerim!

**EXHIBIT   017 – "Topix.com"Internet Product Solicitation**

Domain Name/URL:  http://www.topix.com/forum/business/banking/T169EMH15LDJBQS58



| | |
|---|---|
| **BANKING** | # No upfront Commission BG. Top Banks |
| News | Posted in the Banking Forum |
| Forums & Polls | |
| No upfront Commissio... | Ads by Google |
| Real-Time News | **Leasing Bank Instruments** - A Lawyers Guide to advising clients on leasing bank |
| Newspaper Archives | instruments. |
| | |
| | **Online Checking Account** - Need Info On Checking Accounts? Ask Our Financial |
| | Experts Today. |

**Read**                                              **Share**

 3 Comments

More Banking Discussions »

## Comments

Showing posts 1 - 3 of 3

**Alicorn Capital**                              #1 🤚 Judge it!  Report Abuse  Reply »

We get paid after you put the instrument into use. Payment for the instrument can be
pushed back as far as 90 days!

Barclays
ABN AMRO
BPN PARIBAS
CREDIT SUISSE
STANDARD CHARTERED

10M Min, 1B max.
1 year terms with up to 5 years with rolls and extensions.

Pricing is 9+3% for the year for 10-100M paid by the following options:

MT103.23
MT700
Promissory Note
ICBPO

Pricing above 100M is on a case by case basis.
Call option fee and arrangement fee s must be placed in escrow, used to take down
the securities backing the instrument.

CUSIP and ISIN provided once BG is cut. Full disclosure and transparency is
provided at all times.

To engage, please send contact information, as well as an overview of your need for
the instrument to:

info@alicorncapitalmanagement.com

24

To engage, please send contact information, as well as an overview of your need for the instrument to:

info@alicorncapitalmanagement.com

---

**BS Spotter**
Yucaipa, CA

Mar 10, 2009                                                    #2  ♣ Judge it!  Report Abuse  Reply »

Leased Bank Guarantee Fraud.

This is a very simple fraud. A businessman or investor requires access to capital for his own purposes. Let us say that the individual wants a line of credit of $50 million or more. That individual or business discovers that to obtain such a line of credit means paying very large sums in fees, commissions and probably even worse means providing huge quantities of security. An easy alternative is to succumb to the blandishments of an individual who says that all you have got to do is pay a one off sum and you will have a guaranteed bank facility.

Usually what will happen is that the individual will be told that one of the AAA banks will provide a guarantee for, say, $50 million subject to a payment of $1 million as a fee. Obviously the businessman says he is not going to pay until he has seen the facility from the bank. Arrangements are therefore made for the $1 million dollar fee to be lodged in an escrow account, usually either with a solicitor in London or with a fiduciare in Switzerland. The solicitor or fiduciare has clear instructions that he is not to release the monies until such time as the facility letter is to hand.

In due course a facility letter from a major bank does arrive appropriately signed at the bottom guaranteeing the $50 million facility. The fiduciare releases the money. The investor then calls upon the bank to honour their facility. It is at that stage that the investor discovers that the two people who sign the facility either never existed or if they did exist had no authority to grant the facility and have left the bank or there is some other fraud involved.

The investor quickly attempts to hold the fiduciare or solicitor to account. He discovers that the 'usually crooked' fiduciare or solicitor has a good excuse in that he did what he was told in releasing the monies when the facility letter came to hand. The investor then attempts to trace the monies and discovers they have moved through various different bank accounts and have ended up either in Lithuania, The Virgin Islands, or another location where it becomes increasingly difficult to either trace the monies or to recoup them.

The above comments were found in another forum and hence my decision to bring it forth; as the comments hit the nail right on the head, addressing the original poster's offer.

Once again, BGs are not classified as securities and therefore they cannot receive ISIN or CUSIP numbers (codes). The poster obviously knowns nothing about banking. And, with that being said, he is not qualified to screen fake offers.

25

**EXHIBIT  018** – "Tradetuber" Internet Product Solicitation

Domain Name/URL:  http://www.tradetuber.com/acmbuysell/acmbuysell.htm

Trade▮▮▮  Sign In  |  Join Now  |  Help                    Language Option ▼  [_____]   **Search**

Tradetuber.com
Non-standard Member          **Alicorn Capital Management**

▶ ▮▮▮▮
▶ ▮▮▮▮ ▮▮▮ ▮▮▮▮▮▮            **No displayable picture**
▶ ▮▮▮▮▮ ▮▮
▶ ▮▮▮▮▮▮▮                     If you want to display your
                             company image timely, please
**Company Name:**            upload it through your account
Alicorn Capital Management ▢  management function module.
**Contact person:**
Mr. Scott Koster ☺ ▢ Offline
**Address:**
14391 80th St Milaca
**Zip code:**
56353
**Telephone:**
612-916-7007
**Fax:**
763-389-2018
**Web Site:**
www.alicorncapitalmanagement
⊕ Report Fraud Spam

Alicorn Capital Management is provider and facilitator for the establishment of SBLC's, BG's, BCL's, POF accts. and JV structures with high net worth investment groups.

Additionally, ACM has a direct relationship to several commodities sellers and brokers for the purpose of facilitating BUY/SELL transactions through a partner firm here in the United States.

Video Intro ☺

☺ Offline   ☺ **More About Us**   ☺ **Contact Now**

Contact Information

**Company Name:** Alicorn Capital Management ▢
**Contact person:** Mr. Scott Koster ☺ ▢ Offline
**Address:** 14391 80th St Milaca
**Zip code:** 56353
**Telephone:** 612-916-7007
**Fax:** 763-389-2018
**Web site:** http://www.alicorncapitalmanagement.com

26

**EXHIBIT   019** – "Reserve-Bank"Internet Product Solicitation

Domain Name/URL:
http://forum.reserve-bank.com/viewtopic.php?p=2312&sid=29a72ec6fca68b6dbc111114aee1b288



**EXHIBIT   020** – Alicorn Capital Management - POF Internet Product Solicitation

Domain Name/URL:   http://www.alicorncapitalmanagement.com/POF.html

**Alicorn Capital Management has formed a strategic partnership with two of the nation's largest capital providers of leased instruments. Whether you or your client are looking to lease an SBLC, purchase MTN's, a Proof of funds, or to lease a cash backed account, Alicorn Capital Management can assist you in getting your instrument issued, verified, and working for you. Please check back often for updates. Below is a condensed list of the uses for our products, as well as the verification means that we can accommodate.**

**<u>Types of accounts, and verification methods available.</u>**

US Money Market Accounts
US Bank Accounts
Central American Bank Accounts
European Bank Accounts
World wide availability of financial instruments

SWIFT confirmations
DTC Posting
Written Verification of Deposit
Electronic account verification
Verbial Verification
Internal Verification

**\*\*\*Please not that not all verification methods are available on every account or instrument.**

**Uses for leased instruments and accounts vary from client to client. Here are some of the more common that we have seen. Verification of Deposit ( VOD ), Proof of Assets, Proof of Seasoned Funds, Proof Liquidity, Show of Equity, Net worth Requirements**

**EXHIBIT  021** – Alicorn Capital Management - Other Services Internet Product Solicitation

Domain Name/URL: http://www.alicorncapitalmanagement.com/OtherServices.html

**Alicorn Capital Management, through its finance and investment relationships, can offer a number of other services that are unique to this company, and the market place that we work in. ACM is direct to 3 verifiable and producing Private Placement Platforms. Through these platforms, we have been able to fund a number of non-profit and humanitarian projects, as well as multiple wealth building programs for high net worth individuals. In addition to traditional PPP, Alicorn Capital Management has several relationships with project funding groups, lenders, as well as private investors who will assist you in getting your projects funded and moving towards your professional and personal goals.**

**Below is a short list of other services that we can offer, that are outside of the norm for a traditional wealth managment group:**

**Private Placement Programs**
**Financial Instrument Monitization**          **Scalp Trading**
**Stock Lending**                               **Forex**
**Bond Lending**                                **Sale and Transfer of MTN's**
**Leasing of Financial Instruments (can be monitized)**    **And many other niche services.**

**EXHIBIT   022** – 4 Feb 2010 Emre msg - Update - Notice Proof of Performance Information

-------- Original Message --------
Subject:        Update
Date:   Thu, 4 Feb 2010 16:43:45 -0800
From: Kerim Emre <kerim.emre@gmail.com>
To:     Lance @ MFI <lance@mockingbirdfilms.com>


Hi Lance,
Just wanted to keep you in the loop.  Scott has received all of the NDAs back from all of the principals
involved.  It should be fairly quick that you receive the proof of performance information that was
promised.  We are also going to be getting a full update outside of this soon.
Best,
Kerim
kerim.emre@gmail.com
P: 951-719-4819

_____

**EXHIBIT   023** – 4 Feb 2010 Koster Msg w/Atchmt: 1) NDA - 2) MT999 Preadvice

-------- Original Message --------
Subject:        Attached is the MT999 Preadvice
Date:   Thu, 4 Feb 2010 23:20:04 -0600
From: Scott Koster <koster.scott@gmail.com>
To:     lance@mockingbirdfilms.com


Thank you for getting the NDA back to me so quickly. I wanted very much to share this with you, but had
to go through a good bit in order for the group to allow me to provide this to individuals outside of my
signed contract with IDLYC and my legal advisers. Please understand the level of seriousness that is
outlined by the NDA, and that you are not being provided this document for any reason, other than to
provide the much needed proof of performance.

As you are well aware, the funding has been delayed for several weeks. Several times each week, myself
and the other principals have a call with the platform and program coordinators, to get updates and ask
questions. Currently, we are just awaiting for the hard copies of the BG for our group of transactions to be
released. The instruments were issued in groups rather than as individual instruments to cut down on the
cost of call fee's, which the principals unanimously approved of. Our BG has been delivered to the funder
via swift, as well as the hard copy, but no release has been given as of Wed FEB 3rd, to be provided to the
group and principals to transact off of. As soon as the release of the hard copy is granted, they can begin to
release to take place on the following friday.

For the consideration of your desire and entitled request for proof of performance, I negotiated for the
release to myself, and inturn to my PSA clients, the first piece of information that shows proof of
performance. This is for your eyes only, and is not to be shared with any individual or group outside of

30

those individuals listed on the NDA signed by yourself. I am also attaching a copy of the signed and received NDA as conformation of your signature. If you did not sign this document, or authorize the signing of this document, please respond within 48 hours so that an investigation may be conducted as to how these items were manipulated.

Again, I thank you for your continued patience and understanding in this matter. As I have outlined to your brokers, there are over 20 principals totalling greater than 25 Billion USD in transactional funding that is taking place. There are bound to be holdups and speed bumps along the way. The moment I have a more solid update, I will provide that through your broker channel.

--
Scott A. Koster

**EXHIBIT   024** – 4 Feb 2010 Koster - Attachment:  NDA



**Non-Dissemination Agreement**

The Undersigned,

**R. Lance Flores** , herein also known as "Client" hereby affirms and acknowledges that upon receipt of any information regarding the transaction between Client and Alcorn Capital Management, is for the eyes of the client, and only the client. No other party outside of those mentioned in the PSA signed between Alcorn Capital Management and Client authorized to view documents or information pertaining to the BG/YC BG funded program, without written consent from both Alcorn Capital Management as well as the principals of CLYC Holdings and Trust. Breach of this agreement will result in the termination of the PSA between Alcorn Capital Management and Client, as well as a forfeiture of any escrow contribution for the program's PSA.

By signing this agreement, you are representing a full and complete understanding of the above terms. No other terms or provisions are eluded to or implied outside of this agreement. This agreement takes effect as of the date listed below, and has no expiration.

Agreed and Accepted to

*[signature]*
In/Date

Secure Your Future
Minneapolis, MN

31

**EXHIBIT  025 – 4 Feb 2010 Koster - Attachment: MT999 Preadvice**

------- Instance Type and Transmission -------
Notification (Transmission) of Original sent to SWIFT (ACK)
Network Delivery Status  : Network Ack
Priority/Delivery  : Normal
Message Input Reference  : 1010 09
------- Message Header ------- FIN 999 Free Format Message

Swift Input :
Sender :
Receiver : HSBCHKHHHKH
HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, T
(ALL HK OFFICES AND HEAD OFFICE)
HONG KONG HK

------- Message Text -------
20: Transaction Reference Number
BGC/A011/09
21: Related Reference
PART 1
79: Narrative
WE CONFIRM RELAY OF THE FOLLOWING MESSAGE
THROUGH OUR CORRESPONDENT SWIFT.... FOR
YOUR BRANCH ADDRESS QUEENS ROAD, CENTRAL, HONG
KONG,SWIFT: HSBCHKHHHKH FOR ATTENTION OF BANK
OFFICER.... E-MAIL (AT)
HSBC.COM PHONE/FAX 852 8204.... 8527228.... ACCOUNT
FOR FURTHER ADVISE TO MR.....
NUMBER .... AT THEIR BANK.
AT THE REQUEST OF OUR CLIENT
QUOTE ....
AND ON BEHALF OF .... WE ADVISE
THAT WE ARE READY TO DELIVER VIA SWIFT MT760 THE
INSTRUMENT TO BE ISSUED BY .... ISIN CODE: US.... TO THE
ACCOUNT OF YOUR CLIENT ACCOUNT NAME.... AND
ACCOUNT NUMBER.....
REFERENCE TRANSACTION CODE NO.M09/1209409vM5000
SUBJECT TO OUR SATISFACTORY RECEIPT OF YOUR
AFFIRMATIVE RESPONSE AND YOUR BANK CONFIRMATION
FOR THE FOLLOWING QUERIES FOR OUR DUE DILIGENCE
PURPOSES THE SAID INSTRUMENT WILL BE RELEASED AND
DELIVERED AS ABOVE STATED.

1.THAT .... ACTING ON BEHALF OF
BMW MAJE, TRASK AND AFFILIATES LTD. IS YOUR
CLIENT ON BASIS OF A RELATIONSHIP WITH YOUR
BANK UNDER ACCOUNT NUMBER....
2.THAT YOU ARE AWARE OF THE TRANSACTION CODE
24/Dec/2009 10:08:30 AM - Page 1

NUMBER M09/1209409vM5000 AND THAT YOU HAVE
RECEIVED A COPY OF THE AGREEMENT SIGNED BY
AND BETWEEN .... AND
BMW MAJE, TRASK AND AFFILIATES LTD.
- 2 -
------- Message Trailer -------
Interventions
24/Dec/2009 10:08:30 AM - Page 2 of 2

32
**Volume 1 - 000032**

**EXHIBIT   026** – Series of Communications Concerning San Antonio Production Facilities.

-------- Original Message --------
Subject:      Re: SA Deadline
Date:  Wed, 24 Feb 2010 12:50:19 -0800
From:  Kerim Emre <kerim.emre@gmail.com>
To:     Lance @ MFI <lance@mockingbirdfilms.com>

Got it
Sent from my iPhone

On Feb 24, 2010, at 12:47 PM, "Lance @ MFI" <lance@mockingbirdfilms.com> wrote:

> I spoke to the LS property owner who negotiated a dream list of incentives and tax exemptions for the
LS development project. I have a 3:30PM CST drop dead time. I need a definitive answer about the trade;
if is or not going to happen and when. TNX Lance
>
> On 2/24/2010 11:28 AM, Lance @ MFI wrote:
>> Crap News from real estate agent ..
>>
>> [9:54:36 AM] William Chandler: Lance, call me. Tolley is canceling your contract. Bill
>>
>> Lance
>>
>> -------- Original Message --------
>> Subject:     Re: ¿Que paso?
>> Date:        Tue, 23 Feb 2010 19:03:05 -0600
>> From:       Lance Flores <lflores25@tx.rr.com>
>> To:          John Childs <jtchilds@gmail.com>, Kerim Emre <kerim.emre@gmail.com>
>>
>> uhhhhh .. what's going on fellas.
>>
>> Lance
>>
>> On 2/22/2010 3:15 PM, John Childs wrote:
>>> Scott is in the process of obtaining an update today.
>>>
>>> On Mon, Feb 22, 2010 at 1:14 PM, Lance Flores <lflores25@tx.rr.com> wrote:
>>>
>>>     I'm supposed to meet with the S.A. Mayor, City Council and planners about the Lone Start
property and the development incentives they want to provide to develop the area. I need to know where
we stand. If the trade didn't happen and is not going to happen I'd like to know ASAP as I will have to
leave for San Antonio early tomorrow morning.
>>>
>>>     Thanks,
>>>     Lance