IN UNITED STATED DISTRICT COURT
for the
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

R. Lance FLORES, and
Vicki CLARKSON,

        Plaintiffs,

v.

Scott Anthony KOSTER, et al.

        Defendants.

Civil Action

№

---

**PLAINTIFFS' EXHIBITS
VOLUME 7**

---

[Note: ●→ or #● annotations are reference marks added for referential clarity. — &c. some message inclusions omitted]

## CONTENTS

EXHIBIT 130 - Mark Zella - IMDB Biography............................................. 2

EXHIBIT 131 - Mark on Myspace......................................................... 3

EXHIBIT 132 - SPIN Entertainment - DJs - 3677 - Wedd.................................. 4

1

**EXHIBIT 130 - Mark Zella - IMDB Biography**

# Mark Allan Gelazela a.k.a. MARK ZELLA

# IMDB Biography

Search All [    ]   Go    Register | Login | Help

Movies • TV • News • Videos • Community • IMDbPro •

OSCARS 11   Oscar Winners   Photo Gallery: Red Carpet and More   Learn more »

News Flash » Jane Russell: 1921 - 2011

IMDb > Mark Zella > Biography

### Biography for
# Mark Zella   More at IMDbPro »

**Date of Birth**
28 December 1972, Dorset, England, UK

**Birth Name**
Mark Alan Gelazela


add/change photo

**Add Resume**
**Mark Zella products**
**Shop at Amazon**

**Quicklinks**
biography

**Top Links**
- biography

**Filmographies**
- overview
- by type
- by year

- by genre
- by keyword

**Biographical**
biography

**External Links**

**Mini Biography**

Mark Zella was born in the UK and joined the British Royal Marines when he was 19, later transferring to the United States Marine Corps as part of an exchange program. He was assigned to a high-speed reconnaissance unit, where he performed all of the stuff famed in movies (skydiving, repelling, SPI rigging, espionage, evasion & maneuver, and so on) While serving, Mark was accepted to an elite, officer training program whereupon he attended The Citadel and subsequently graduated Summa Cum Laude, with Honors, at the top of his class, as an Electrical Engineer.

After leaving the service, Mark relocated to the west coast, graduated from the American Academy of Dramatic Arts and has been pursuing acting ever since. Mark's involved in financing several films in addition to writing many shorts and two feature length films.

Of Mark's professionalism and knowledge, co-workers state that Mark is truly an asset to any production, be it as an actor, writer or producer.

**IMDb Mini Biography By:** John Arquette

### Sponsored Links (What's This?)

**Dallas Coupons**
www.Groupon.com/Dallas * 1 ridiculously huge coupon a day. It's like doing Dallas at 90% off!

**479 Short Hair Pictures**
Short-Hairstyles.StyleBistro.com * Find inspiration for your next cut with our short hairstyle pictures.

**Interested in Biotech?**
trade.britishcolumbia.ca * Gain Wider Exposure in the Biotech Market at 2011 BioPartnering Event

### Update Page

**Update** — You may report errors and omissions on this page to the IMDb database managers. They will be examined and if approved will be included in a future update. Clicking the 'Update' button will take you through a step-by-step process.

**Add resume** — With our Resume service you can add photos and build a complete resume to help you achieve the best possible presentation on the IMDb.

Home | Search | Site Index | NowPlaying | Top Movies | MyMovies | Top 250 | TV | News | Video | Message Boards | Press Room
Register | RSS | Advertising | Content Licensing | Contact Us | Jobs | IMDbPro | IMDb Resume | Box Office Mojo | Withoutabox | Follow us on Twitter | Mobile

International Sites: IMDb Germany | IMDb Italy | IMDb Spain | IMDb France | IMDb Portugal

**Volume 7 - 000003**

http://www.imdb.com/name/nm2407703/bio[2/28/2011 8:04:11 PM]

Copyright © 1990-2011 IMDb.com, Inc.
Terms and Privacy Policy under which this service is provided to you.
An amazoncom company.

Amazon Affiliates:
| AmazonWireless | Askville | Audible | DPReview | Endless | Fabric | Shopbop | Small Parts | Warehouse Deals | Zappos |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Cellphones & Wireless Plans | Community Answers | Download Audio Books | Digital Photography | Shoes & Handbags | Sewing, Quilting & Knitting | Designer Fashion Brands | Tools, Parts & Materials | Open-Box Discounts | Shoes Clothing |

**EXHIBIT 131 - Mark on Myspace**

# MARK ALAN GELAZELA

## "Mark on MySpace"

my_____    Sign up • Login                                                              Search

| Home | People | Music | Video | Games | TV | Movies | Topics | More ▼ |   | Help | Sign up | Login |

**ATI OFFERS TRAINING IN**
HVAC, Automotive, Combination Welding
& Other Technical Training Programs

**"** at home **"** Mood: creative ☺ 1:00 AM Aug 18, 2007

## Mark [+ Friend]                                                        Like

Add Comment • Send Message

### Interests

**General**
Acting, Acting class, Movies, Movie making, Relationships, God, prayer, Corpral acts of mercy, Working hard and Cuddling with "Chub-a-lub"

**Music**
U2, U2, U2, and some Jimi oh I almost forgot this band called "ORSON" and, without fail, Frank Sanatra.

**Movies**
"The Princess Bride" & "Woman Thou Art Loosed" and any other ridiculous sounding title like "Revenge of the Virgin Mummies"

**Television**
Whose Line is it Anyway? Although I haven't owned a TV in probably 5 years.

**Books**
Animal Farm...duh!

**Heroes**
Moses + Jesus

### Details

**Status:** In a Relationship
**Here for:** Networking, Friends
**Hometown:** Denial
**Orientation:** Straight
**Body type:** 6' 2" / Athletic
**Ethnicity:** Other
**Religion:** Catholic

**Smoke / Drink:** No / No
**Education:** Grad / professional school
**Occupation:** Not Telling

### Schools

**Citadel Military College Of South Carolina**     1998 to 2001
Charleston, South Carolina
Graduated: 2001
Student status: Alumni
Degree: Bachelor's Degree
Major: Classified
Minor: I tell ya I kill ya!

Advertisement

**Stream**

| All updates | Status | Photos | Topics | More ▼ |

Aug 18

Mark at home
Mood: creative ☺
Like • Comment • Share

**Blurbs**

**About me:**
..
..
..
**CLICK ON ENTER**
Enter...

What can say that hasn't already been said....Don't ask my age (I won't); its completely irrelevant and very superficial. My passion is acting and other

EXHIBIT 132 - SPIN Entertainment - DJs - 3677 - Wedd

# SPIN ENTERTAINMENT





Home   WedShop   Ideas & Inspiration         Free Tools   Log In
Local Photos   Local Weddings   Local Talk   Local Events   Change City

# Fullerton, CA, USA  < change city >

**FULLERTON**
Nearby Cities

**LOCAL RESOURCES**
99 Local Couples >
4,144 Local Vendors >
2,298 Local Weddings >
210 Local Photos >
0 Local Events >

**LOCAL VENDORS**
DJs (67)
Photographers (115)
Florists (59)
Coordinators (47)
Bands (46)
Cakes (45)
Caterers (37)
Wedding Day Beauty (36)
Wedding Fashion (28)
Rentals (21)
Invitations (17)
Videographers (17)
Officiants (15)
Decorations (14)
Jewelry (8)
Limos (8)
Ceremony Sites (212)
Reception Sites (173)
See All Vendors >

**PLANNING TOOLS**
Wedding Website >
Wedding Map >
Guest Manager >
Vendor Manager >

Manage your
Guests' info
using our Guest Manager



## VENDOR SPOTLIGHT

**Studio Blue**

studio blue

Award-winning
photography from
around $1000

### SPIN ENTERTAINMENT

SPIN Entertainment (SPIN) is a fully staffed, fully
functioning music entertainment provider.

Our offices are centrally located next to the Beverly
Center in Hollywood, within distance to any Los
Angeles
area as well as its surrounding cities. We are always
available, at any time, day or night.

Along this vein, SPIN has a team of very qualified, responsible DJ's, including ten guys and two girls, to
provide services for everything from Bat mitzvah's/Bar mitzvah's, Graduations, Retirement/Co.
Functions, Fashion Shows/Trade Shows, Bachelor/Bachelorette Parties, Baby Showers, Private
Parties/Cocktail Parties, Industry Events, Seasonal Gatherings, Birthdays, Weddings, car shows,
reunions, to even just an average everyday
BASH! Spanish speaking DJ's are also available. Our basic package includes:

5 Hours of music (any Genre)
+ 1 hour of ceremony music (for weddings)
Full audio sound system
Wireless mic
Disco dancing lights
Million dollar liability insurance policy

Packages prices vary, and are flexible. We have every kind of music you can imagine and have been in
business
15 years; there isn't an affair/function/event/problem that we haven't handled (including celebrity and
studio functions).

### LIST OF REFERENCES

Alta Dena Country Club — Altadena
La Canada Flintridge Country Club — La Canada Flintridge
Annandale Country Club — Pasadena
Sherwood Country Club — Thousand Oaks
Castaways — Burbank
Rancho Del Cielo — Malibu
Rancho Chiquita — Malibu
Candlewood Country Club — Whittier
Finn McCool's — Santa Monica
Sony Studios — Culver City
Warner Brothers Studios — Burbank
Paramount Studios — Hollywood
Valley Presbyterian Hospital — Van Nuys

Advertise

View All Photos >

Browse our Photo Galleries
for ideas and inspiration



Find Wedding Vendor
Ratings & Reviews



Create a FREE Wedding Map

Create a FREE Wedding Website

W_A_ME Radio — North Carolina
Harbour View School — Huntington Beach
HighPoint Academy — Pasadena
St. Johns High School — Encinitas
Pepperdine University — Malibu
The Ahmanson Theatre (Centre Theatre Group) — Downtown Los Angeles
L.A. Radio — Los Angeles
Malibu West Beach Club — Malibu
Westin Hotel — Pasedena

Save this vendor to my Notebook >

**Category:** DJs
**Address:** 3677 Jasmine Ave., #10
Los Angeles, ca 90034
310-770-2115

**More Info:** Contact >

**Reviews:** ★★★★★
1 rating
1 review
1 wedding

Add Your Review >



### Reviews | Map



**Allyson and Emmery's Wedding**  ★★★★★
Burbank | May, 2009 | DJs
View Their Wedding

"I do not have enough good things to say about Mark and his services. He played all the music we requested, but surprised us with a few songs / routines that the guests loved...and have now become part of my favorite memories. The price was also VERY reasonable."

---

### See More in Fullerton

 View **67** DJs around Fullerton >

View **4,144** Vendors & Venues around Fullerton >

 View **2,298** Real Weddings from around Fullerton >