Civil Action No.   3:11-cv-00726-M -BH

## PROOF OF ALTERATIVE SERVICE
John T. Childs

Pursuant to the Court's Order of February 1, 2012, relating to service of summons by E-mail:

I served the summons and copy of the Original Complaint at jtchilds@gmail.com Wed, 22 Feb 2012 17:18:38 GMT (11:18:38 AM CST) and at jchilds3@gmail.com Wed, 22 Feb 2012 17:18:38 GMT (11:18:38 AM CST) on John T. Childs, who is designated by the Court to accept service of process by Certified E-mail.

Specification of Authentication of Delivery and Proof-of-Service (ReadNofify.com, "RN") by Certified E-mail process:

**Definitions of certificate and a signature:**
**A certificate** is a group of facts, usually written in English.
**A signature - or in this case - a digital signature** - verifies that those facts have not been altered since they were made.   Digital signatures also contain the date and time they were issued, and some way to identify who made the signature.

**Meaning of ReadNotify digital certificates:**
The digital certificates produced by ReadNotify.com inextricably link the date and time with additional facts, including one or more of the:

  1)  actual contents of an email, 2) header portion of an email, 3) delivery status of an email (a/k/a "DSN"), 4) the opening status of an email, 5) IP address(es) on which the email was opened, 6) apparent email address of the person opening the email, 7) attempt to identify domain name of the computer used to open the email on the email software used to open the email, computer operating system of the computer used to open the email, browser version, features, and identification information of the computer used to open the email, 8) potential indication by the reader of the email of their understanding of the email content

This means that anyone can verify a ReadNotify.com **digital signature to irrefutably determine** exactly when an email was sent, delivered, opened, and/or acknowledged.

All ReadNotify certificates are stamped with the date and time they were produced, together with a unique in-order serial number. All certificates are sent out to the sender and/or recipient, and additionally, the signature portions are published on our web site for anyone to read at any time. ReadNotify regularly produce an additional signature-of-signatures (that is - RN digitally signs a list of preceding signatures, and produce a certificate to prove those signatures exist at a certain point in time). These "signature digests", are published in various locations on the Internet, as well as also being digitally time-stamped by other time-verification services.

Ultimately, **every signature produced by ReadNotify is inextricably linked-in-time to every previous signature** (by virtue of the in-order serial number and the regular signature digests). The indelible digital "paper trail" created by the constant distribution and publication of serialized certificates and the publication of externally time-stamped signature-digests makes it impossible for any dates or times to be forged.

Attached hereto are true and correct rendered facsimiles of the Internet E-mail electronic Return Receipt and Digital Certificates authenticating the recipient's e-mail server posting, mail client receipt and opening of the message and delivery of the Summons and Complaint.

I declare under penalty of perjury that this information is true.

Date: Wednesday, February 22, 2012         s/_____
                                           R. LANCE FLORES
                                           Lead Attorney
                                           ECF & Case Management E-mail:
                                           LF_legaldept@MockingbirdFilms.com

SERVICE FOR JOHN T. CHILDS AT:  jtchilds@gmail.com
VERIFICATION BY SEQUENCE  #19686952

The original message was received at Wed, 22 Feb 2012 17:18:26 GMT
from localhost.localdomain [127.0.0.1]

  ----- The following addresses had successful delivery notifications -----
<jtchilds@gmail.com>  (relayed to non-DSN-aware mailer)

  ----- Transcript of session follows -----
<jtchilds@gmail.com>... relayed; expect no further notifications


Reporting-MTA: dns; smtp.mesvr.com
Received-From-MTA: dns; localhost.localdomain
Arrival-Date: Wed, 22 Feb 2012 17:18:26 GMT

Final-Recipient: rfc822; jtchilds@gmail.com
X-Actual-Recipient: RFC822; jtchilds@gmail.com
Action: relayed (to non-DSN-aware mailer)
Status: 2.1.5
Remote-MTA: DNS; gmail-smtp-in.l.google.com
Diagnostic-Code: SMTP; 250 2.1.5 OK v2si11968489wid.20
Last-Attempt-Date: Wed, 22 Feb 2012 17:18:38 GMT


Return-Path: <legaldeptcv@mockingbirdfilms.com>
Received: from smtp.mesvr.com (localhost.localdomain [127.0.0.1])
        by smtp.mesvr.com (8.14.4/8.13.8/CWT/DCE) with ESMTP id q1MHIP8E024582
        (version=TLSv1/SSLv3 cipher=DHE-RSA-AES256-SHA bits=256 verify=NO)
        for <jtchilds@gmail.com>; Wed, 22 Feb 2012 17:18:26 GMT
Received: (from mail@localhost)
        by smtp.mesvr.com (8.14.4/8.13.8/Submit/CWT/DCE) id q1MHIMcO024519
        for jtchilds@gmail.com; Wed, 22 Feb 2012 17:18:22 GMT
Resent-Date: Wed, 22 Feb 2012 17:18:22 GMT
Resent-Message-Id: <201202221718.q1MHIMcO024519@smtp.mesvr.com>
Resent-From: "legaldeptcv@mockingbirdfilms.com" <legaldeptcv@mockingbirdfilms.com>
Received: from [69.175.24.26] by mesvr.com [91.103.1.84]
        for <jtchilds@gmail.com>
        on-behalf-of legaldeptcv@mockingbirdfilms.com; Wed Feb 22 17:18:22 2012
Received: from mockingbirdfilms.com (mockingbirdfilms.com [69.175.24.26])
        by smtp (8.14.4/8.13.8/CWT/DCE) with ESMTP id q1MHIH3h024482
        (version=TLSv1/SSLv3 cipher=DHE-RSA-AES256-SHA bits=256 verify=NO);
        Wed, 22 Feb 2012 17:18:18 GMT
Received: from cpe-72-190-22-137.tx.res.rr.com ([72.190.22.137] helo=[192.168.0.3])
        by cl14.justhost.com with esmtpa (Exim 4.69)
        (envelope-from <legaldeptcv@mockingbirdfilms.com>)
        id 1S0Fp5-0000zp-OM; Wed, 22 Feb 2012 11:18:10 -0600
Message-ID: <4F452339.8070206@mockingbirdfilms.com>
Date: Wed, 22 Feb 2012 11:17:45 -0600
From: Legal <legaldeptcv@mockingbirdfilms.com>
Usr-Agent: Mozilla/5.0 (Windows NT 6.1; WOW64; rv:10.0.2) Gecko/20120216 Thunderbird/10.0.2
To: John Childs <jtchilds@gmail.com>, John Childs <jchilds3@gmail.com>,
        info@cftpartners.com
Subject: Summons & Complaint 3:11-cv-00726-M _BH
X-AntiAbuse: This header was added to track abuse, please include it with any abuse report

```
X-AntiAbuse: Primary Hostname - cl14.justhost.com
X-AntiAbuse: Original Domain - pi8ixtlp8-31a4ew6p
X-AntiAbuse: Originator/Caller UID/GID - [47 12] / [47 12]
X-AntiAbuse: Sender Address Domain - mockingbirdfilms.com
X-Source:
X-Source-Args:
X-Source-Dir:
Reply-To:  Legal <legaldeptcv@mockingbirdfilms.com>
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="------------080304070609050505060407"
Notice-Requested-Upon-Delivery-To: legaldeptcv@mockingbirdfilms.com
Errors-To: legaldeptcv@mockingbirdfilms.com
X-Read-Notification: Courtesy of ReadNotify.com - http://www.zckqlknams0dm.ReadNotify.com
X-Brightmail-Tracker: AAAAAA==
```

ReadNotify.com Proof-of-Posting certificate.

The one or more digital certificates shown below were generated and attached during dispatch to your email entitled " Summons & Complaint 3:11-cv-00726-M _BH" sent on Wed, 22 Feb 2012 17:18:22 GMT from legaldeptcv@mockingbirdfilms.com to jtchilds@gmail.com with ReadNotify.com reference 93e8c881b211bfe1678a4ef2610c432e and your messageid ' <4F452339.8070206@mockingbirdfilms.com>'

For your convenience, your original (now digitally signed & time-certified) email is attached hereto.

HTML portion certificate:-

ReadNotify.com E-mail Posting-Time Digital Certificate.   The above e-mail arrived from legaldeptcv@mockingbirdfilms.com, was assigned sequence number #19686952 and ReadNotify reference 93e8c881b211bfe1678a4ef2610c432e, digitally signed, and subsequently relayed. NB: This certificate irrevocably links the body and headers of this email to the date and time they were sent. The following signature is now published online; to view it, verify it, or for more information, please visit www.ReadNotify.com.

-----BEGIN PGP SIGNATURE-----
Version: GnuPG v1.0.6 (ReadNotify.com TimeStamp Server v2.2)
Comment: Certificate #19686952, created Wed, 22 Feb 2012 17:18:22 GMT

iQBvAwUBT0UjXjanThAdit3tAQGFYgLQsxsCfZrdHgtT2IxVE1ypO+5mg/WXjV0O
nUCZI/s9ZdIuOZH9Y0SAROKxU3pJyFYKbRkEXMlSQWtAiXLZVF2cBx9MZjTfDWz/
5/VsvNhEMnx5Pdy4ej1tzaOO
=A81S
-----END PGP SIGNATURE-----

SERVICE FOR JOHN T. CHILDS AT:  jchilds3@gmail.com
VERIFICATION BY SEQUENCE NUMBER   #19686955

The original message was received at Wed, 22 Feb 2012 17:18:30 GMT
from localhost.localdomain [127.0.0.1]

  ----- The following addresses had successful delivery notifications -----
<jchilds3@gmail.com>  (relayed to non-DSN-aware mailer)

  ----- Transcript of session follows -----
<jchilds3@gmail.com>... relayed; expect no further notifications


Reporting-MTA: dns; smtp.mesvr.com
Received-From-MTA: dns; localhost.localdomain
Arrival-Date: Wed, 22 Feb 2012 17:18:30 GMT

Final-Recipient: rfc822; jchilds3@gmail.com
X-Actual-Recipient: RFC822; jchilds3@gmail.com
Action: relayed (to non-DSN-aware mailer)
Status: 2.1.5
Remote-MTA: DNS; gmail-smtp-in.l.google.com
Diagnostic-Code: SMTP; 250 2.1.5 OK p27si21863752weq.126
Last-Attempt-Date: Wed, 22 Feb 2012 17:18:41 GMT


Return-Path: <legaldeptcv@mockingbirdfilms.com>
Received: from smtp.mesvr.com (localhost.localdomain [127.0.0.1])
        by smtp.mesvr.com (8.14.4/8.13.8/CWT/DCE) with ESMTP id q1MHIUOg025114
        (version=TLSv1/SSLv3 cipher=DHE-RSA-AES256-SHA bits=256 verify=NO)
        for <jchilds3@gmail.com>; Wed, 22 Feb 2012 17:18:30 GMT
Received: (from mail@localhost)
        by smtp.mesvr.com (8.14.4/8.13.8/Submit/CWT/DCE) id q1MHIRHj024590
        for jchilds3@gmail.com; Wed, 22 Feb 2012 17:18:27 GMT
Resent-Date: Wed, 22 Feb 2012 17:18:27 GMT
Resent-Message-Id: <201202221718.q1MHIRHj024590@smtp.mesvr.com>
Resent-From: "legaldeptcv@mockingbirdfilms.com" <legaldeptcv@mockingbirdfilms.com>
Received: from [69.175.24.26] by mesvr.com [91.103.1.84]
        for <jchilds3@gmail.com>
        on-behalf-of legaldeptcv@mockingbirdfilms.com; Wed Feb 22 17:18:22 2012
Received: from mockingbirdfilms.com (mockingbirdfilms.com [69.175.24.26])
        by smtp (8.14.4/8.13.8/CWT/DCE) with ESMTP id q1MHIH3h024482
        (version=TLSv1/SSLv3 cipher=DHE-RSA-AES256-SHA bits=256 verify=NO);
        Wed, 22 Feb 2012 17:18:18 GMT
Received: from cpe-72-190-22-137.tx.res.rr.com ([72.190.22.137] helo=[192.168.0.3])
        by cl14.justhost.com with esmtpa (Exim 4.69)
        (envelope-from <legaldeptcv@mockingbirdfilms.com>)
        id 1S0Fp5-0000zp-OM; Wed, 22 Feb 2012 11:18:10 -0600
Message-ID: <4F452339.8070206@mockingbirdfilms.com>
Date: Wed, 22 Feb 2012 11:17:45 -0600
From: Legal <legaldeptcv@mockingbirdfilms.com>
Usr-Agent: Mozilla/5.0 (Windows NT 6.1; WOW64; rv:10.0.2) Gecko/20120216 Thunderbird/10.0.2
To: John Childs <jtchilds@gmail.com>, John Childs <jchilds3@gmail.com>,
       info@cftpartners.com
Subject: Summons & Complaint 3:11-cv-00726-M _BH
X-AntiAbuse: This header was added to track abuse, please include it with any abuse report

```
X-AntiAbuse: Primary Hostname - cl14.justhost.com
X-AntiAbuse: Original Domain - pi8ixtlp8-31a4ew6p
X-AntiAbuse: Originator/Caller UID/GID - [47 12] / [47 12]
X-AntiAbuse: Sender Address Domain - mockingbirdfilms.com
X-Source:
X-Source-Args:
X-Source-Dir:
Reply-To:  Legal <legaldeptcv@mockingbirdfilms.com>
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="------------080304070609050505060407"
Notice-Requested-Upon-Delivery-To: legaldeptcv@mockingbirdfilms.com
Errors-To: legaldeptcv@mockingbirdfilms.com
X-Read-Notification: Courtesy of ReadNotify.com - http://www.s2cqcxzztrm5t.ReadNotify.com
X-Brightmail-Tracker: AAAAAA==
```

ReadNotify.com Proof-of-Posting certificate.

The one or more digital certificates shown below were generated and attached during dispatch to your email entitled " Summons & Complaint 3:11-cv-00726-M _BH" sent on Wed, 22 Feb 2012 17:18:27 GMT from legaldeptcv@mockingbirdfilms.com to jchilds3@gmail.com with ReadNotify.com reference 30e5962716a341954bc69461c18b0bb5 and your messageid ' <4F452339.8070206@mockingbirdfilms.com>'

For your convenience, your original (now digitally signed & time-certified) email is attached hereto.

HTML portion certificate:-

---

ReadNotify.com E-mail Posting-Time Digital Certificate.   The above e-mail arrived from legaldeptcv@mockingbirdfilms.com, was assigned sequence number [#19686955](#) and ReadNotify reference 30e5962716a341954bc69461c18b0bb5, digitally signed, and subsequently relayed. NB: This certificate irrevocably links the body and headers of this email to the date and time they were sent. The following signature is now published online; to view it, verify it, or for more information, please visit www.ReadNotify.com.

```
-----BEGIN PGP SIGNATURE-----
Version: GnuPG v1.0.6 (ReadNotify.com TimeStamp Server v2.2)
Comment: Certificate #19686955, created Wed, 22 Feb 2012 17:18:27 GMT

iQBvAwUBT0UjYzanThAdit3tAQH2oQLONN7ZBQ5VFyYjdBoNiTcc562NZFheEYH3
5gTnGSRqy9CDOzSQTBsy26o2Vijb+0fgHKq1N+vqB1BsZNe3XXqoBc6nvpAbMjd4
DnvShTncWlFt7oAkdwXdNs1+
=VoXv
-----END PGP SIGNATURE-----
```