STATE OF MINNESOTA        )
                          )
COUNTY OF MILLE LACS      ss.
                          )

### Certificate of Service

    I hereby certify that on 02-17-2012, at 1755 hours at 14391 80th St Milaca, MN 56353, I duly served the following:

SUMMONS & COMPLAINT

RE: R. LANCE FLORES AND VICKI CLARKSON VS SCOTT ANTHONY KOSTER, ET A.

upon the following party: SCOTT ANTHONY KOSTER

    __x__    personally

    _____    by leaving a copy at the place of usual abode with , a person of suitable age and discretion then residing therein

    _____    by leaving a copy with _____

Mille Lacs County Sheriffs Office
Civil Process
640 3rd St SE
Milaca, MN 56353

Dated: __2-17-12__    By: _____
                                                      Deputy Sheriff (Signature)

File Type: SUMMONS & COMPLAINT    Hass, Todd 5110
Court#: 3-11CV-726-M - Civil Process: 12000258