UNITED STATES DISTRICT COURT
*for the*
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

{

R. Lance Flores & Vicki Clarkson,
*Plaintiffs*,

*v.*

Scott Anthony Koster, *et al.*
*Defendants.*

}

{

CIVIL ACTION

№ 3:11-cv-00726-M -BH

**PLAINTIFFS' EXHIBITS
VOLUME 7-A**

}

---

**PLAINTIFFS' EXHIBITS
VOLUME 7-Amended**

---

[Note: ●→ or #● annotations are reference marks added for referential clarity. — *&c.* some message inclusions omitted]

## CONTENTS

Exhibit No.        Description                                                              Section

**EXHIBIT 130** — Mark Zella - IMDB Biography. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

**EXHIBIT 131** — Mark on Myspace. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

**EXHIBIT 132** — SPIN Entertainment - DJs - 3677 - Wedd. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

**EXHIBIT 133** — 6/9/2011- Press release IGM - dBusinessNews
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

**EXHIBIT 134** — 6/9/2011- Press release IGM - John Childs Managing Member - - PR•com
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

**EXHIBIT 135** — 6/8/2011- Press release - Kim Eriksen - FPR IGM Offers Worldwide SWIFT
Message Services - SWIFT network
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

**EXHIBIT 136** — 6/8/2011- Press release IGM - Dawn Sadler - PRLog IGM Offers WW SWIFT 6-
08-11
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

**EXHIBIT 137** — 6/8/2011 Press release IGM - Brandon Colker Managing Member - i-Newswire IGM Offers Worldwide SWIFT Message Services

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

**EXHIBIT 138** — 6/8/2011- Press release IGM

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

**EXHIBIT 139** — 6/10/2011— Press release IGM - Open PR - John Childs Press release IGM

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

**EXHIBIT 140** - 7/7/2011— Info-Advertisement IGM - Global Resorts Travel - Internet Magazine

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

**EXHIBIT 141** - 7/10/2011- Creative Finance Team Inc. Business Entity Detail - California Sec. of State

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

**EXHIBIT 142** — 7/10/2011- CFT Commercial a/k/a Creative Finance Team Inc. - Web Site

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

**EXHIBIT 143** — 7/10/2011- Sustainable Venture Capital LLC - Business Entity Detail - California Secretary of State

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

**EXHIBIT 144** — 6/29/2011- Sustainable Venture Capital LLC - Web Site

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

**EXHIBIT 145** — 6/20/2011- Meridian Capital Mortgage Inc. - State Corp. Registration - Florida Secretary of State

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

**EXHIBIT 146** — July 10, 2011

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

**EXHIBIT 147** — Toussaint Law Group Secretary of State Georgia - Toussaint Law Group Dissolution Revocation

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18

**EXHIBIT 148** — Bloomberg Businessweek - Executive Profile - Brandon Colker

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

**EXHIBIT 149** — Success Bullion USA | San Francisco | e | SWIFT | BIC | IBAN ...

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

**EXHIBIT 150** — Success Bullion USA | San Francisco | Website

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

**EXHIBIT 130** — Mark Zella - IMDB Biography

# Mark Allan Gelazela a.k.a. MARK ZELLA
# IMDB Biography

Mark Zella - Biography



IMDb > Mark Zella > Biography

Biography for

# Mark Zella   More at IMDbPro »

### Date of Birth
28 December 1972, Dorset, England, UK

### Birth Name
Mark Alan Gelazela

### Mini Biography
Mark Zella was born in the UK and joined the British Royal Marines when he was 19, later transferring to the United States Marine Corps as part of an exchange program. He was assigned to a high-speed reconnaissance unit, where he performed all of the stuff famed in movies (skydiving, repelling, SPI rigging, espionage, evasion & maneuver, and so on) While serving, Mark was accepted to an elite, officer training program whereupon he attended The Citadel and subsequently graduated Summa Cum Laude, with Honors, at the top of his class, as an Electrical Engineer.

After leaving the service, Mark relocated to the west coast, graduated from the American Academy of Dramatic Arts and has been pursuing acting ever since. Mark's involved in financing several films in addition to writing many shorts and two feature length films.

Of Mark's professionalism and knowledge, co-workers state that Mark is truly an asset to any production, be it as an actor, writer or producer.

IMDb Mini Biography By: John Arquette

## Sponsored Links   (What's This?)

**Dallas Coupons**
www.Groupon.com/Dallas * 1 ridiculously huge coupon a day. It's like doing Dallas at 90% off!

**479 Short Hair Pictures**
Short-Hairstyles.StyleBistro.com * Find inspiration for your next cut with our short hairstyle pictures.

**Interested in Biotech?**
trade.britishcolumbia.ca * Gain Wider Exposure in the Biotech Market at 2011 BioPartnering Event

## Update Page

**Update**   You may report errors and omissions on this page to the IMDb database managers. They will be examined and if approved will be included in a future update. Clicking the 'Update' button will take you through a step-by-step process.

**Add resume**   With our Resume service you can add photos and build a complete resume to help you achieve the best possible presentation on the IMDb. Click here to add your resume and/or your photos to IMDb.

### Sidebar


add/change photo

Add Resume
Mark Zella products
Shop at Amazon

**Quicklinks**
biography

**Top Links**
- biography
- by votes
- awards
- NewsDesk
- message board

**Filmographies**
- overview
- by type
- by year
- by ratings
- by votes
- by TV series
- awards
- by genre
- by keyword

**Biographical**
- biography
- other works
- publicity
- photo gallery
- Twitter
- blog
- NewsDesk
- message board

**External Links**
- official sites
- miscellaneous
- photographs
- sound clips
- video clips

Home | Search | Site Index | NowPlaying | Top Movies | MyMovies | Top 250 | TV | News | Video | Message Boards | Press Room
Register | RSS | Advertising | Content Licensing | Contact Us | Jobs | IMDbPro | IMDb Resume | Box Office Mojo | Withoutabox | Follow us on Twitter | Mobile

International Sites:  IMDb Germany | IMDb Italy | IMDb Spain | IMDb France | IMDb Portugal

Volume 7A - 000004

http://www.imdb.com/name/nm2407703/bio[2/28/2011 8:04:11 PM]

**EXHIBIT 131** — Mark on Myspace

# MARK ALAN GELAZELA

## "Mark on MySpace"

Mark on Myspace

**my**_____ BETA

Sign up • Login ▾

Search

| Home | People | Music | Video | Games | TV NEW | Movies NEW | Topics | More ▾ | | Help | Sign up | Login |

ATI OFFERS TRAINING IN
HVAC, Automotive, Combination Welding
& Other Technical Training Programs!

❝❝ at home ❝❝ Mood: creative 😊 1:00 AM Aug 18, 2007

## Mark  + Friend

👍 Like

Add Comment · Send Message

### Interests

**General**

Acting, Acting class, Movies, Movie making, Relationships, God, prayer, Corpral acts of mercy, Working hard and Cuddling with "Chub-a-lub"

**Music**

U2, U2, U2, and some Jimi oh I almost forgot this band called "ORSON" and, without fail, Frank Sanatra.

**Movies**

"The Princess Bride" & "Woman Thou Art Loosed" and any other ridiculous sounding title like "Revenge of the Virgin Mummies"

**Television**

Whose Line is it Anyway? Although I haven't owned a TV in probably 5 years.

**Books**

Animal Farm…duh!

**Heroes**

Moses + Jesus

### Details

**Status:** In a Relationship

**Here for:** Networking, Friends

**Hometown:** Denial

**Orientation:** Straight

**Body type:** 6' 2" / Athletic

**Ethnicity:** Other

**Religion:** Catholic

Smoke / Drink: No / No

**Education:** Grad / professional school

**Occupation:** Not Telling

### Schools

**Citadel Military College Of South Carolina**   1998 to 2001
Charleston,South Carolina
Graduated: 2001
Student status: Alumni
Degree: Bachelor's Degree
Major: Classified
Minor: I tell ya I kill ya!

### Networking

**Film  Composition  Screenwriting**

**Film  Drama  Acting**

**Film  Production  Producer**

Profile
Stream
Friends
Comments
Badges

Advertisement

### Stream

All updates  Status  Photos  Topics  More ▾

Aug 18

**Mark** at home

Mood: creative 😊

Like · Comment · Share

### Blurbs

**About me:**
..
..
..
**CLICK ON ENTER**
Enter…

What can say that hasn't already been said….Don't ask my age (I won't): its completely irrelevant and very superficial. My passion is acting and other passions that you'll know when you get to know me. There are only two kinds of people in this world…those who do and those who don't. We owe everything to someone else, therefore repaying kindness isn't really asking too much. I come from a military background, so I know how to get in touch with to put a hit out on your life :-) so please tread cautiously. I'm honest…..just smarter than a rock (Don't ever overestimate my intelligence)-silly. Don't let the cover fool you. P.S. I love kittens--don't know why, just do.

Volume 7A - 000006

..

**Who I'd like to meet:**
Other than the "+Man+"?....The nineteen sixties of
course....Adam.....and the guy who invented Ice
Cream.

**Friends (8)**

Mark has **74** friends.          View:  **All  Online  New**


**Alicia**


**Tom**


**Terry**


**Dave Ve...**


**Noelle**


**Stephanie**


**Felony S...**


**Twink Ca...**

| Around Myspace | What's Trending | Also on Myspace | IGN | Join Myspace | Get Help |
|---|---|---|---|---|---|
| Music | Phish | IM | Video Games | Sign up | Help & FAQs |
| Video | Justin Bieber haircut | Mobile | Game Reviews | Careers | Safety Tips |
| Movies | Kim Kardashian | Themes | Video Game Cheats | Developers | Report Abuse |
| Television | Jennifer Aniston new hairc | Myspace Layouts | Game Videos | Terms | Sitemap |
| Celebrity | Curators | Sync | Download Video Games | Karaoke Terms | Privacy Policy |
|  | Lady Gaga | Karaoke |  | Privacy Policy | Learn more |
|  | Eminem |  |  | About us | Advertisers |
|  | Born This Way |  |  |  | Press Room |

Copyright © 2003-2011 Myspace Inc. All Rights Reserved

**Change Country:**  United States (English)

http://www.myspace.com/gelazela[2/28/2011 12:31:29 AM]

**EXHIBIT 132** — SPIN Entertainment - DJs - 3677 - Wedd

# SPIN ENTERTAINMENT

 


Explore Globally, Plan Locally

Home    WedShop    Ideas & Inspiration    Fullerton    Free Tools    Log In

Local Vendors    Local Photos    Local Weddings    Local Talk    Local Events    Change City

## Fullerton, CA, USA   < change city >

**FULLERTON**
Nearby Cities

**LOCAL RESOURCES**
99  Local Couples >
4,144  Local Vendors >
2,298  Local Weddings >
210  Local Photos >
0  Local Events >

**LOCAL VENDORS**
DJs (67)
Photographers (115)
Florists (59)
Coordinators (47)
Bands (46)
Cakes (45)
Caterers (37)
Wedding Day Beauty (36)
Wedding Fashion (28)
Rentals (21)
Invitations (17)
Videographers (17)
Officiants (15)
Decorations (14)
Jewelry (8)
Limos (8)
Ceremony Sites (212)
Reception Sites (173)
See All Vendors >

**PLANNING TOOLS**
Wedding Website >
Wedding Map >
Guest Manager >
Vendor Manager >


Manage your
Guests' Info
using our Guest Manager

### VENDOR SPOTLIGHT

Advertise

**Studio Blue**



Award-winning
photography from
around $1000

### SPIN ENTERTAINMENT

SPIN Entertainment (SPIN) is a fully staffed, fully
functioning music entertainment provider.

Our offices are centrally located next to the Beverly
Center in Hollywood, within distance to any Los
Angeles
area as well as its surrounding cities. We are always
available, at any time, day or night.



View All Photos >

Along this vein, SPIN has a team of very qualified, responsible DJ's, including ten guys and two girls, to
provide services for everything from Bat mitzvah's/Bar mitzvah's, Graduations, Retirement/Co.
Functions, Fashion Shows/Trade Shows, Bachelor/Bachelorette Parties, Baby Showers, Private
Parties/Cocktail Parties, Industry Events, Seasonal Gatherings, Birthdays, Weddings, car shows,
reunions, to even just an average everyday
BASH! Spanish speaking DJ's are also available. Our basic package includes:

5 Hours of music (any Genre)
+ 1 hour of ceremony music (for weddings)
Full audio sound system
Wireless mic
Disco dancing lights
Million dollar liability insurance policy

Packages prices vary, and are flexible. We have every kind of music you can imagine and have been in
business
15 years; there isn't an affair/function/event/problem that we haven't handled (including celebrity and
studio functions).

LIST OF REFERENCES

Alta Dena Country Club — Altadena
La Canada Flintridge Country Club — La Canada Flintridge
Annandale Country Club — Pasadena
Sherwood Country Club — Thousand Oaks
Castaways — Burbank
Rancho Del Cielo — Malibu
Rancho Chiquita — Malibu
Candlewood Country Club — Whittier
Finn McCool's — Santa Monica
Sony Studios — Culver City
Warner Brothers Studios — Burbank
Paramount Studios — Hollywood
Valley Presbyterian Hospital — Van Nuys

SPIN Entertainment - DJs - 3677 Jasmine Ave., #10, Los Angeles, ca, 90034 - Wedding Mapper

Browse our Photo Galleries

for ideas and inspiration



Find Wedding Vendor

Ratings & Reviews



Create a FREE Wedding Map



Create a FREE Wedding Website



W_A_ME Radio — North Carolina
Harbour View School — Huntington Beach
HighPoint Academy — Pasadena
St. Johns High School — Encinitas
Pepperdine University — Malibu
The Ahmanson Theatre (Centre Theatre Group) — Downtown Los Angeles
L.A. Radio — Los Angeles
Malibu West Beach Club — Malibu
Westin Hotel — Pasedena

Save this vendor to my Notebook >

| | |
|---|---|
| **Category:** | DJs |
| **Address:** | 3677 Jasmine Ave., #10 |
| | Los Angeles, ca 90034 |
| | 310-770-2115 |
| **More Info:** | Contact > |

**Reviews:** ★★★★★
1 rating
1 review
1 wedding

Add Your Review >

**Reviews**    Map



**Allyson and Emmery's Wedding**
Burbank  |  May, 2009  |  DJs
View Their Wedding

"I do not have enough good things to say about Mark and his services. He played all the music we requested, but surprised us with a few songs / routines that the guests loved...and have now become part of my favorite memories. The price was also VERY reasonable."

..................................................................................................

### See More in Fullerton

 View **67** DJs around Fullerton >

 View **4,144** Vendors & Venues around Fullerton >

 View **2,298** Real Weddings from around Fullerton >

http://www.weddingmapper.com/plan/vendor/ca/fullerton/djs/spin_entertainment/146923?geocoded=g[2/28/2011 12:18:05 PM]

**EXHIBIT 133** — 6/9/2011- Press release IGM - dBusinessNews

       IGM Offers Worldwide SWIFT Message Services_1310135836318.pdf

# Press release Interling Global Messaging (IGM)



 http://www.dbusinessnews.com/shownews.php?articletitle=IGM%20Offers%20Worldwide%20SWIFT%20Message%20Services&newsid=236548&type_news=latest&s=sbcn

Tuesday, July 12, 2011

### IGM Offers Worldwide SWIFT Message Services

San Francisco - Interlink Global Messaging offers worldwide SWIFT messaging services for banks, financial institutions, securities broker dealers, and more . . .

. . . Posted on:
    Thursday, June 09, 2011 09:06 PM

Tuesday, July 12, 2011



**dBusinessNews**
• DAILY BUSINESS NEWS DELIVERED TO YOUR DESKTOP •

| Home | Login/Register | Post Story | Classified Ads | Subscribe | Advertise | Directory |

Advertise here
Your advertisement could reach 20,000 Business Leaders

Select Industry




Subscribe NOW!

## Latest News

**San Francisco:** Oakland / Bay Area CARES & Randall Robinson, Dr. Joy DeGruy, Susan L. Taylor & City Ministers and Local Leaders Hosts the Third Mentor Recruitment Training  Oakland/Bay Area CARES (OBAC), part of the mentor-recruitment initiative, National. ...

**South Florida:** Holy Cross Hospital Names 2010-2011 Associate of the Year  Recognized for her passion toward patients, her eagerness to learn ...

**Dallas:** Devcon® Security Hires Justin Dyer as General Manager of Dallas Branch  Devcon® Security, the 13th largest and fastest growing home security ...

**Dallas:** Devcon® Security Hires Eric Orosco as General Manager of Fort Worth Branch  Devcon® Security, the 13th largest and fastest growing home security ...

**Charlotte:** United Sleep Medicine opens innovative Insomnia Clinic in SouthPark  United Sleep Medicine, one of the region's leading sleep medicine. ...

**Atlanta:** Devcon® Security Hires Anthony Pace as General Manager of Atlanta West Branch  Devcon® Security, the 13th largest and fastest growing home security. ...

**Chicago:** Devcon® Security Hires Christopher Cook as

## IGM Offers Worldwide SWIFT Message Services

**San Francisco** - Interlink Global Messaging (http://www.igmswift.com/), a leading SWIFT messaging services for banks, financial institutions, securities broker dealers, and more.

Walnut Creek, CA - Interlink Global Messaging (http://www.igmswift.com/), a leading SWIFT message service provider, offers SWIFT network resources for a variety of financial institutions worldwide.

IGM's services offer financial institutions the ability to connect and exchange financial information securely over the SWIFT network. This enables financial companies to offer a wider range of services for their clients.

"The SWIFT network is recognized as the global standard for sending financial messages internationally, but due to registration requirements it can be impractical for many companies. Interlink Global Messaging assists our clients by becoming that bridge to the SWIFT network," says Brandon Colker, Managing Member of Interlink Global Messaging.

The company specializes in several SWIFT message types including MT760, MT799, MT999 and more. Clients simply pay a low per-transmission fee based on the language of the message. The company is designed to meet the needs of both large and small financial institutions worldwide.

"IGM is one of the few companies in the world that offer independent messaging on the SWIFT network. This offers convenience and value for our clients who are not currently approved with S.W.I.F.T. This can include banks, trading institutions, commodity brokers, trust and fiduciary service companies, and more," says Colker.

SWIFT messaging offers benefits for issuing Letters of Credit, Bank Guarantees, Commodity Transactions, and more.

For more information about Interlink Global Messaging services, call (800) 880-1771 or visit the IGM website at http://www.igmswift.com/.

About Interlink Global Messaging

Interlink Global Messaging operates as a worldwide financial messaging transmitter by helping companies exchange swift messages between financial institutions. Interlink Global Messaging has emerged as a leading swift messaging company, servicing financial entities around the globe. With years of experience in the banking and finance industry, Interlink Global Messaging understands the need for both small and large companies to conduct business transactions internationally by communicating globally through the swift system.

Posted on:
Thursday, June 09, 2011 09:06 PM

Share This | 1

**EXHIBIT 134** — 6/9/2011- Press release IGM - John Childs Managing Member - - PR•com

# Press release IGM - John Childs

    http://www.pr.com/press-release/330231

### IGM Offers Worldwide SWIFT Message Services

Interlink Global Messaging offers worldwide SWIFT messaging services for banks, financial institutions, securities broker dealers, and more.

Walnut Creek, CA, June 09, 2011  -- ( PR.com ) –  Interlink Global Messaging  http://www.igmswift.com
a leading SWIFT message service provider, offers SWIFT network resources for a variety of financial ins
titutions worldwide . . .

. . . Interlink Global Messaging
    John Childs
    (925) 482-6084
    kimeriksen@comcast.net
    www.igmswift.com



## IGM Offers Worldwide SWIFT Message Services

*Interlink Global Messaging offers worldwide SWIFT messaging services for banks, financial institutions, securities broker dealers, and more.*

Walnut Creek, CA, June 09, 2011 --(PR.com)-- Interlink Global Messaging (http://www.igmswift.com/), a leading SWIFT message service provider, offers SWIFT network resources for a variety of financial institutions worldwide.

IGM's services offer financial institutions the ability to connect and exchange financial information securely over the SWIFT network. This enables financial companies to offer a wider range of services for their clients.

"The SWIFT network is recognized as the global standard for sending financial messages internationally, but due to registration requirements it can be impractical for many companies. Interlink Global Messaging assists our clients by becoming that bridge to the SWIFT network," says John Childs, Managing Member of Interlink Global Messaging.

The company specializes in several SWIFT message types including MT760, MT799, MT999 and more. Clients simply pay a low per-transmission fee based on the language of the message. The company is designed to meet the needs of both large and small financial institutions worldwide.

"IGM is one of the few companies in the world that offer independent messaging on the SWIFT network. This offers convenience and value for our clients who are not currently approved with S.W.I.F.T. This can include banks, trading institutions, commodity brokers, trust and fiduciary service companies, and more," says Childs.

SWIFT messaging offers benefits for issuing Letters of Credit, Bank Guarantees, Commodity Transactions, and more.

For more information about Interlink Global Messaging services, call (925) 482-6084 or visit the IGM website at http://www.igmswift.com/.

About Interlink Global Messaging

Interlink Global Messaging operates as a worldwide financial messaging transmitter by helping companies exchange swift messages between financial institutions. Interlink Global Messaging has emerged as a leading swift messaging company, servicing financial entities around the globe. With years of experience in the banking and finance industry, Interlink Global Messaging understands the need for both small and large companies to conduct business transactions internationally by communicating globally through the swift system.

###

### Contact Information

Interlink Global Messaging
John Childs
(925) 482-6084
kimeriksen@comcast.net
www.igmswift.com

*Click here to view the list of recent Press Releases from Interlink Global Messaging*

**EXHIBIT 135** — 6/8/2011- Press release - Kim Eriksen - FPR IGM Offers Worldwide SWIFT Message Services - SWIFT network

 FPR IGM Offers Worldwide SWIFT Message Services - SWIFT message_1310141911579.pdf

# Press release Interlink Global Messaging (IGM) - Kim Eriksen

**Free Press Release** 3.0

**SECURITIES Press Releases - IGM Offers Worldwide SWIFT Message ...**
**http://securities.122579.free-press-release.com/index-2.html**

## IGM Offers Worldwide SWIFT Message Services
http://www.free-press-release.com/news-igm-offers-worldwide-swift-message-services-1307570454.html

**1000 results – IGM Offers Worldwide SWIFT Message Services. By Kim Eriksen on June 8, 2011 - Walnut Creek, CA – Interlink Global Messaging ...**

Interlink Global Messaging offers worldwide SWIFT messaging services for banks, financial institutions, securities broker dealers, and more . . .

Walnut Creek, CA (I-Newswire) June 8, 2011 - Interlink Global Messaging (http://www.igmswift.com/), a leading SWIFT message service provider, offers SWIFT network resources for a variety of financial institutions worldwide . . .

. . .    Contact Information
         Name: Kim Eriksen
         Company: Interlink Global Messaging
         Telephone: (925) 482-6084
         Email: ***@comcast.net





**EXHIBIT 136** — 6/8/2011- Press release IGM - Dawn Sadler - PRLog IGM Offers WW SWIFT 6-08-11

# Press release Interlink Global Messaging (IGM) - Dawn Sadler



http://www.prlog.org/11532419-igm-offers-worldwide-swift-message-services.html

## IGM Offers Worldwide SWIFT Message Services

Interlink Global Messaging offers worldwide SWIFT messaging services for banks, financial institutions, securities broker dealers, and more.

FOR IMMEDIATE RELEASE

PRLog (Press Release)  Jun 08, 2011  Walnut Creek, CA  Interlink Global Messaging ( http://www.igmswift.com/ ) , a leading SWIFT message service provider, offers SWIFT network resources for a variety of financial institutions worldwide.

| | | |
|---|---|---|
| Contact Email | : | ***@comcast.net Email Verified |
| Issued By | : | Dawn Sadler |
| City/Town | : | Walnut Creek |
| State/Province | : | California |
| Country | : | United States |
| Categories | : | Finance |
| Tags | : | SWIFT message, SWIFT network, SWIFT message types |
| Last Updated | : | Jun 09, 2011 |
| Shortcut | : | http://prlog.org/11532419 |



**PRLog** Free Press Release

+ Bookmark This Page

| Home | Press Releases | Submit Press Release |

PR Home | By Category | By Location | By Date | By Tag | Feeds | Alerts | Submit Free Press Release | Reporter Acco

**Filter News**

**Country**

Australia
Canada
China
Hong Kong
India
Singapore
United Kingdom
United States
- - - More - - -

**Category**

Accounting
Advertising
Aerospace
Affiliate program
Agriculture
Apparel
Architecture
Arts
Automotive

**Tag**

Book
Business
Charity
Children
Commodities
Community
Computer
Construction
Crude Oil

[ Browse Tag ]

# IGM Offers Worldwide SWIFT Message Services

**Interlink Global Messaging offers worldwide SWIFT messaging services for banks, financial institutions, securities broker dealers, and more.**

*FOR IMMEDIATE RELEASE*

*PRLog (Press Release)* – Jun 08, 2011 – Walnut Creek, CA – Interlink Global Messaging (http://www.igmswift.com/), a leading SWIFT message service provider, offers SWIFT network resources for a variety of financial institutions worldwide.

IGM's services offer financial institutions the ability to connect and exchange financial information securely over the SWIFT network. This enables financial companies to offer a wider range of services for their clients.

"The SWIFT network is recognized as the global standard for sending financial messages internationally, but due to registration requirements it can be impractical for many companies. Interlink Global Messaging assists our clients by becoming that bridge to the SWIFT network," says John Childs, Managing Member of Interlink Global Messaging.

**Export Letters of Credit**
Get paid faster - no discrepancies Online presentations to major banks
www.tradetechnologies.com

**It Pays To Network:**
Syncada from Visa provides freight payment automation and financing.
www.syncada.com

< >           AdChoices ▷

The company specializes in several SWIFT message types including MT760, MT799, MT999 and more. Clients simply pay a low per-transmission fee based on the language of the message. The company is designed to meet the needs of both large and small financial institutions worldwide.

"IGM is one of the few companies in the world that offer independent messaging on the SWIFT network. This offers convenience and value for our clients who are not currently approved with S.W.I.F.T. This can include banks, trading institutions, commodity brokers, trust and fiduciary service companies, and more," says Childs.

SWIFT messaging offers benefits for issuing Letters of Credit, Bank Guarantees, Commodity Transactions, and more.

For more information about Interlink Global Messaging services, call (925) 482-6084 or visit the IGM website at http://www.igmswift.com/.

About Interlink Global Messaging

Interlink Global Messaging operates as a worldwide financial messaging transmitter by helping companies exchange swift messages between financial institutions. Interlink Global Messaging has emerged as a leading swift messaging company, servicing financial entities 1287301889 around the globe. With years of experience in the banking and finance industry, Interlink Global Messaging understands the need for both small and large companies to conduct business transactions internationally by communicating globally through the swift system.

--- end ---

understands the need for both small and large companies to conduct business transactions internationally by communicating globally through the swift system.

--- end ---



| Contact Email | : Contact Author ***@comcast.net |
| Issued By | : Dawn Sadler |
| City/Town | : Walnut Creek |
| State/Province | : California |
| Country | : United States |
| Categories | : Finance |
| Tags | : SWIFT message, SWIFT network, SWIFT message types |
| Last Updated | : Jun 09, 2011 |
| Shortcut | : http://prlog.org/11532419 |

Disclaimer:  Issuers of the press releases are solely responsible for the content of their press releases. PRLog.Org can't be held liable for the content posted by others.  Report Abuse

## Upcoming Press Releases...

- Ark Music Factory Artist Lexi St. George Lands Commercial to Launch Paper Jamz® Pro Jam Series Mic
- Chester web company launches local business plan
- Liquid Technologies Release Liquid Fast Infoset .Net For Use In Open Source Projects Under The GNU
- Business Monitor International release latest report on the Greek infrastructure
- iCONECT Brings Experience and Reputation Across the Pond
- DesignTNT has Launched With an Explosive Collection of Design Resources!
- Cushman & Wakefield Appointed for Newark Industrial Property
- Carolina Mudcats Host Jackson Generals In Upcoming Six-Game Homestand
- Windham Foundation Announces NEW Annual Lecture Series to Honor John Bramley
- Widen to Sponsor Createasphere Digital Asset Management Seminars in Chicago July 20

**EXHIBIT 137** — 6/8/2011 Press release IGM - Brandon Colker Managing Member - i-Newswire IGM Offers Worldwide SWIFT Message Services

# Press release Interlink Global Messaging - Brandon Colker

http://www.i-newswire.com/igm-offers-worldwide-swift-message/112846



**IGM Offers Worldwide SWIFT Message Services**

Interlink Global Messaging offers worldwide SWIFT messaging services for banks, financial institutions, securities broker dealers, and more.

Walnut Creek, CA (I-Newswire) June 8, 2011 - Interlink Global Messaging (http://www.igmswift.com/), a leading SWIFT message service provider, offers SWIFT network resources for a variety of financial institutions worldwide.

Company Contact Information
Interlink Global Messaging
Brandon Colker
1990 North California Blvd
Eighth Floor
94596
Phone : 800-800-1771



Press Release Service | Members Area | Register Now | About Us | Sitemap |

<u>Ads by Google</u>          <u>Swift</u>          <u>MT760</u>          <u>Bank Swift Codes</u>          <u>Swift MT 760</u>          <u>Swift MT940 Format</u>

# IGM Offers Worldwide SWIFT Message Services

Share | 

Interlink Global Messaging offers worldwide SWIFT messaging services for banks, financial institutions, securities broker dealers, and more.

**Company Financial Report** www.dnbsolutions.com/dnbi
The Most Reliable Credit Reports, Business Insight & More - Only D&B.

**Control the Close Process** www.rivetsoftware.com
Only end-to-end, complete external financial reporting software

**Avoid Overdraft with Ace** www.AceCashExpress.com
Get up to $1000 fast. No faxing. Direct Deposit or get cash in store

**Broker Dealers** lplbetterindependence.com
Discover The Many Benefits Of Independence With LPL Financial.

**It Pays To Network:** www.syncada.com
Syncada from Visa provides freight payment automation and financing.

**Personal Loans** www.eLoanPersonal.com
Pay Monthly – Limited Time Bad Credit OK – Apply Now!

**Leasing Bank Instruments** www.bank-leasing.com
A Lawyers Guide to advising clients on leasing bank instruments.

**LaSalle St. Securities** www.LaSalleSt.com
A Wide Range of Investment Products Serving Independents & Institutions

◀ ▶                            AdChoices ▷        ◀ ▶                            AdChoices ▷

Walnut Creek, CA (I-Newswire) June 8, 2011 - Interlink Global Messaging (http://www.igmswift.com/), a leading SWIFT message service provider, offers SWIFT network resources for a variety of financial institutions worldwide.

IGM's services offer financial institutions the ability to connect and exchange financial information securely over the SWIFT network. This enables financial companies to offer a wider range of services for their clients.

"The SWIFT network is recognized as the global standard for sending financial messages internationally, but due to registration requirements it can be impractical for many companies. Interlink Global Messaging assists our clients by becoming that bridge to the SWIFT network," says Brandon Colker, Managing Member of Interlink Global Messaging.

The company specializes in several SWIFT message types including MT760, MT799, MT999 and more. Clients simply pay a low per-transmission fee based on the language of the message. The company is designed to meet the needs of both large and small financial institutions worldwide.

"IGM is one of the few companies in the world that offer independent messaging on the SWIFT network. This offers convenience and value for our clients who are not currently approved with S.W.I.F.T. This can include banks, trading institutions, commodity brokers, trust and fiduciary service companies, and more," says Colker.

SWIFT messaging offers benefits for issuing Letters of Credit, Bank Guarantees, Commodity Transactions, and more.

For more information about Interlink Global Messaging services, call (800) 880-1771 or visit the IGM website at http://www.igmswift.com/.



**About Interlink Global Messaging:**
Interlink Global Messaging operates as a worldwide financial messaging transmitter by helping companies exchange swift messages between financial institutions. Interlink Global Messaging has emerged as a leading swift messaging company, servicing financial entities around the globe. With years of experience in the banking and finance industry, Interlink Global Messaging understands the need for both small and large companies to conduct business transactions internationally by communicating globally through the swift system.

**Company Contact Information**
Interlink Global Messaging
Brandon Colker
1990 North California Blvd
Eighth Floor
94596
Phone : 800-800-1771

**Ads by Google**
Financial News
Wine Storage
Wine Cellar
Swift MT
MT103 Swift

Print Release

Share this News Release


Published in:
Business > Finance

**EXHIBIT 138** — 6/8/2011- Press release IGM

 OpenPR  Artikel drucken - IGM Offers Worldwide SWIFT Message Services.pdf

# Press release IGM - Brandon Colker

IGM Offers Worldwide SWIFT Message Services - openPR.com
openpr.com/.../IGM-Offers-Worldwide-SWIFT-Message-Services.ht... - Cached



http://openpr.com/print/178701/IGM-Offers-Worldwide-SWIFT-Message-Services.html

**IGM Offers Worldwide SWIFT Message Services**

Pressemitteilung von: Interlink Global Messaging

(openPR) - Interlink Global Messaging offers worldwide SWIFT messaging services for banks, financial institutions, securities broker dealers, and more.

Walnut Creek, CA – Interlink Global Messaging ( igmswift.com/ ), a leading SWIFT message service provider, offers SWIFT network resources for a variety of financial institutions worldwide.

Interlink Global Messaging
1990 North California Blvd
Eight Floor
Walnut Creek, CA 94596
800-880-1771

**EXHIBIT 139** — 6/10/2011— Press release IGM - Open PR - John Childs Press release IGM

 OpenPR - Press release IGM - John Childs Managing Member 01.pdf

# Press release IGM - John Childs



http://www.pdfdownload.org/pdf2html/view_online.php?url=http%3A%2F%2Fwww.openpr.com%2Fpdf%2F178878%2FIGM-Offers-Worldwide-SWIFT-Message-Services.pdf

## IGM Offers Worldwide SWIFT Message Services

Date: 06-10-2011 11:30 AM CET
Category: Business, Economy, Finances, Banking & Insurance
Press release from: Interlink Global Messaging

Interlink Global Messaging offers worldwide SWIFT messaging services for banks, financial institutions, securities broker dealers, and more.

   Walnut Creek, CA  Interlink Global Messaging (igmswift.com/), a leading SWIFT message service provider, offers SWIFT network resources for a variety of financial institutions worldwide . . .

. . . John Childs
    Managing Partner
    Interlink Global Messaging
    1900 North California Blvd
    Walnut Creek, CA 94596
    925-482-6084

**EXHIBIT 140** - 7/7/2011— Info-Advertisement IGM - Global Resorts Travel - Internet Magazine

## Internet Infomercial - IGMswift.com (Interlink Global Messaging)

http://larrywellsreview.com/swift-services-from-igmswift-com-enables-your-business-to-perform/



**Swift Services from IGMswift.com enables your business to perform**

Transacting your free enterprise transactions in the current commercial conditions is not always obvious. Each side of any business business dealing has the risk of the counter-agent not being reliable. In the past, banking relationships were used to authenticate the means of each side. Now, banks are barely co-operative and unwilling to provide the authentication. Some groups, even those who are willing and able to conclude have seen their balance sheet suffer in the downturn. How are these groups able to determine recognition via a reliable system such as Swift Services

What Does Society for Worldwide Interbank Financial Telecommunications – SWIFT Mean? An industry owned co-operative supplying secure messaging services and interface software to financial institutions. SWIFT encompasses over 7,000 financial institutions in 192 countries. To comprehend what you might require it is important to understand the basic tools used. A bank guarantee is a guarantee from a lending institution ensuring that the liabilities of a debtor will be met. In other words, if the debtor fails to settle a debt, the bank will cover it. A bank guarantee enables the customer (debtor) to acquire goods, buy equipment, or draw down loans, and thereby expand business activity. A letter of credit is a letter from a bank guaranteeing that a buyer's payment to a seller will be received on time and for the correct amount. In the event that the buyer is unable to make payment on the purchase, the bank will be required to cover the full or remaining amount of the purchase. Letters of credit are often used in international transactions to ensure that payment will be received. Due to the nature of international dealings including factors such as distance, differing laws in each country and difficulty in knowing each party personally, the use of letters of credit has become a very important aspect of international trade. The bank also acts on behalf of the buyer (holder of letter of credit) by ensuring that the supplier will not be paid until the bank receives a confirmation that the goods have been shipped. A standby letter of credit is an a guarantee of payment issued by a bank on behalf of a client that is used as "payment of last resort" should the client fail to fulfill a contractual commitment with a third party. Standby letters of credit are created as a sign of good faith in business transactions, and are proof of a buyer's credit quality and repayment abilities. The bank issuing the SLOC will perform brief underwriting duties to ensure the credit quality of the party seeking the letter of credit, then send notification to the bank of the party requesting the letter of credit (typically a seller or creditor). It is also known as a "non-performing letter of credit". A standby letter of credit will typically be in force for about one year, allowing for enough time for payment to be made through standard contractual guidelines. Standby letters of credit are often used in international trade transactions, such as the purchase of goods from another country. The seller will ask for a standby letter of credit, which can be cashed on demand if the buyer fails to make payment by the date specified in the contract. The cost to obtain a standby letter of credit is typically 1-8% of the face amount annually, but the letter can be canceled as soon as the terms of the contract have been met by the purchaser or borrower. Trade finance is the science that describes the management of money, banking, credit, investments and assets for international trade transactions. Companies involved with trade finance include importers and exporters, financiers, insurers and other service providers. Trade is a basic economic concept that involves multiple parties participating in the voluntary negotiation and then the exchange of one's goods and services for desired goods and services that someone else possesses. The advent of money as a medium of exchange has allowed trade to be conducted in a manner that is much simpler and effective compared to earlier forms of trade, such as bartering. In financial markets, trading also can mean performing a transaction that involves the selling and purchasing of a security. Trading is not a new phenomenon – we've been doing it for centuries! The trade that occurred among the most primitive humans has evolved considerably over time, and the word "trade" has come to include the complex trading that occurs on the floor of the New York Stock Exchange (NYSE). However, the basic elements of buying and selling in some form of a market haven't changed a bit, because ultimately, trade still involves giving one thing in exchange for another. The problem is that all too many firms cannot get their bank to issue such instruments. What can they do? Often they can lease the instrument from a 3rd party. What is a Leased Bank Guarantee? A bank guarantee that is leased to a third party for a specific fee. The issuing bank will conduct due diligence on the creditworthiness of the customer looking to secure a bank guarantee, then lease a guarantee to that customer for a set amount of money and over a set period of time, typically less than two years. The issuing bank will send the guarantee to the borrower's main bank, and the issuing bank then becomes a backer for debts incurred by the borrower, up to the guaranteed amount. Leased bank guarantees tend to be very expensive; fees can run as high as 15% of the guarantee amount every year. The fee is usually made up of an initial setup fee and an annual fee, both of which will be a percentage of the dollar amount to be "guaranteed", or covered by the issuing bank in the event that the company can't promptly pay its debts. This option for financial backing is typically only used by smaller enterprises that are desperate to expand operations or fund a specific project; they will have typically exhausted other opportunities to raise financing or obtain a letter of credit from their own bank. Many top worldwide banks will lease bank guarantees, usually with a minimum amount of million to million, all the way up to billion and more.

Firms can now obtain these instruments cheaper and easier from third party groups who have access to more flexible terms and are able to issue these instruments much faster than accustomed banks. Other groups have stepped in with fast and flexible SWIFT services. One such company is Interlink Global Messaging (www.igmswift.com) IGM provides worldwide SWIFT services to almost any business concern. Through their partner network, they can also provide the instruments. IGM's SWIFT is truly revolutionary and provides firms needing to perform, the ability to do so. Calling 866-883-5001 will put you in touch with their consultants who can help. IGM provides MT799, MT760 and MT999 messages. Swift Services

http://www.igmswift.com for more advice.



Tags: Business, enables, from, IGMswift.com, perform, services, Swift

This entry was posted on July 7, 2011 at 4:14 am. You can follow any responses to this entry through the RSS 2.0 feed. You can leave a response, or trackback from your own site.

Posted in  Global Resorts Network  by  Larry  No Comments Yet

**EXHIBIT 141** - 7/10/2011- Creative Finance Team Inc. Business Entity Detail - California Sec. of State

## Creative Finance Team Inc. Business Entity Detail
## California Secretary of State

http://kepler.sos.ca.gov/cbs.aspx



**EXHIBIT 142** — 7/10/2011- CFT Commercial a/k/a Creative Finance Team Inc. - Web Site

# "CFT Commercial" a/k/a Creative Finance Team Inc. - Web Site

http://www.cftcommercial.com/









## Technology Financing

As Commercial Brokers, CFT Commercial delivers financial solutions for high-tech businesses through a multi-faceted approach. Whether for a start-up or a publicly held multinational, we have the experience and knowledge to meet, even anticipate, your changing financial needs. We offer a range of debt and equity solutions that are flexibly structured to meet the special needs of your company

CFT Commercial serves the technology sector with prudent advice, responsive solutions, the financial resources needed for growth and even an opportunity to meet executives from other disciplines such as venture capital or strategic partners who may help further your goals. Our network is connected into the nationwide entrepreneurial ecosystem. We have fostered strong relationships with technology investors, from angels to venture capital and private equity firms, as well as nontraditional sources of capital—across the country and around the world. We understand their strategies and how to work with them to increase your probability of securing funding.

With our dedication to working closely with technology and fast-growth companies, as well as our established relationships with top-tier investors and industry leaders, you can count on us to provide the best solution for your company.

### Industry Specialties
- Commercial Real Estate Financing
- Construction Loans
- Contract Loans
- Energy Financing
- Technology Financing

Copyright © 2009 CFT Commercial. All rights reserved.
FATbit Technologies: Web Designing Company

Privacy Policy | Terms | Site Map



**EXHIBIT 143** — 7/10/2011- Sustainable Venture Capital LLC - Business Entity Detail - California Secretary of State

# Sustainable Venture Capital LLC  Business Entity Detail
# California Secretary of State

http://kepler.sos.ca.gov/cbs.aspx



**EXHIBIT 144** — 6/29/2011- Sustainable Venture Capital LLC - Web Site

# Sustainable Venture Capital LLC - Web Site

http://www.sustainableventure.com/







Home    Login    Contact

Alternative Energy Financing        About Alternative Energy        Submit a Project        Secured Login        About Us



### Brandon Colker, CEO

Brandon Colker has been involved in real estate finance throughout his career, founding and operating a Nationwide brokerage and direct lending institution for close to a decade. Since 2000, Brandon has been instrumental in the marketing, sale and financing of commercial and residential assets through the development of industry related ventures. Brandon has significant relationships with private and institutional investment firms, enhancing Sustainable Venture Capital ability to provide their clients with debt and equity solutions.

Under Brandon's leadership Sustainable Venture Capital has quickly become an International and Domestic captain in the world of private money funding. An entrepreneur at heart, Brandon has founded four successful operations while positioning each company as models for corporate integrity. Brandon's vision and business acumen have made him a respected member of the finance community.

**Skype Contact** brandon.colker.cft

### Alexander Koretsky, Managing Director

Alexander Koretsky is Sustainable Venture Capital's Managing Director. He brings in-depth experience that spans a variety of markets that include start-ups in both The United States and Europe where he held strategic level positions. Prior to joining Sustainable Venture Capital he was head of strategy for a Moscow, Russia based bank where he was responsible for partner relationships with technology and service providers as well as spearheading fundraising on international capital markets.

Alexander is a native of California and graduated from the University of Southern California with a Bachelor of Science degree in Business Administration.

**Skype Contact** alexanderkoretsky

Home // About Us // Contact Us
© 2011 sustainableventure.com. All rights reserved.

FATbit Technologies : Website Design Company





Alternative Energy Financing        About Alternative Energy        Submit a Project        Secured Login        About Us



## Contact us

1990 North California Boulevard Eighth Floor
Walnut Creek CA 94596
866.696.4377

info@sustainableventure.com

**Name**

[                    ]

**Email Address**

[                    ]

**Subject**

[                    ]

**Message**

[                    ]

**Submit**        **Back**

Home // About Us // Contact Us

**EXHIBIT 145** — 6/20/2011- Meridian Capital Mortgage Inc. - State Corp. Registration - Florida Secretary of State

# Meridian Capital Mortgage Inc. - State Corp. Registration
# Florida Secretary of State

FRAUDULENT REGISTERED AGENT:
DISSOLVED
## Compliance Consulting Corporation
www.complianceconsultingcorp.com

Ronald Lovell
Compliance Enterprises Inc.
1013 Lucerne Ave # 201
Lake Worth, FL 33460-3746
(561) 586-6335

P9 70000 99550

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP    ☐ WAIT    ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____    Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



500198937965

05/04/11--01011--002   **185.00



Rev. of Diss.
5/4/11

DC

# COVER LETTER

**TO:** Amendment Section
Division of Corporations

**NAME OF CORPORATION:** Compliance Consulting Corporation of Florida

**DOCUMENT NUMBER:** P97000099550

The enclosed *Articles of Revocation of Dissolution* and fee are submitted for filing.

Please return all correspondence concerning this matter to the following:

**Ronald Lovell**
Name of Contact Person

**Compliance Consulting Corporation of Florida**
Firm/Company

**2545 S. Ocean Blvd., #212**
Address

**Palm Beach, FL 33480**
City/State and Zip Code

*RONALD_LOVELL@YAHOO.COM*
E-mail address: (to be used for future annual report notification)

For further information concerning this matter, please call:

Ronald Lovell     at ( 561 ) 588-1106
Name of Contact Person     Area Code & Daytime Telephone Number

Enclosed is a check for the following amount:

[✓] $35 Filing Fee    [ ] $43.75 Filing Fee & Certificate of Status    [ ] $43.75 Filing Fee & Certified Copy (Additional copy is enclosed)    [ ] $52.50 Filing Fee, Certificate of Status & Certified Copy (Additional copy is enclosed)

**Mailing Address:**
Amendment Section
Division of Corporations
P.O. Box 6327
Tallahassee, FL 32314

**Street Address:**
Amendment Section
Division of Corporations
Clifton Building
2661 Executive Center Circle
Tallahassee, FL 32301

# ARTICLES OF REVOCATION OF DISSOLUTION

Pursuant to section 607.1404, Florida Statutes, this Florida profit corporation revokes its Articles of Dissolution prior to the expiration of 120 days following the effective date (or file date, if no effective date) of the Articles of Dissolution:

FIRST:       The name of the corporation is **Compliance Consulting Corporation** of Florida

_____.

SECOND:   The document number of the corporation (if known) is _____.

THIRD:       The effective date (or file date, if no effective date) of the Articles of Dissolution filed with the Florida Department of State is P97000099550 _____.

FOURTH:   The Revocation of Dissolution was authorized on 4-28-2011 _____.

FIFTH:       Adoption of Revocation of Dissolution (check one)

☐ The board of directors revoked the dissolution.
☐ The incorporators revoked the dissolution.
☐ The board of directors revoked the dissolution authorized by the shareholders and revocation was permitted by action by the board of directors alone pursuant to that authorization.
☑ The shareholders revoked the dissolution and the number of votes cast was sufficient for approval.
☐ The shareholders revoked the dissolution by voting groups - the number of votes cast by _____ was sufficient for approval.
       (voting group)

SIXTH:       A copy of the Articles of Dissolution is attached.

Signature _____

(By a director, president or other officer - if directors or officers have not been selected, by an incorporator - if in the hands of a receiver, trustee, or other court appointed fiduciary, by that fiduciary)

Ronald Lovell
_____
(Typed or printed name of person signing)

President
_____
(Title of person signing)

11 APR 29 AM 8:58

**FILING FEE $35**

# ARTICLES OF DISSOLUTION

Pursuant to section 607.1403, Florida Statutes, this Florida profit corporation submits the following articles of dissolution:

FIRST:         The name of the corporation as currently filed with the Florida Department of State:

**Compliance Consulting Corporation of Florida**

SECOND:     The document number of the corporation (if known): P97000099550

THIRD:        The date dissolution was authorized: 3-21-2011

               Effective date of dissolution if applicable: 3-21-2011
               (no more than 90 days after dissolution file date)

FOURTH:     Adoption of Dissolution (CHECK ONE)

☑ Dissolution was approved by the shareholders. The number of votes cast for dissolution was sufficient for approval.

☐ Dissolution was approved by the shareholders through voting groups.

*The following statement must be separately provided for each voting group entitled to vote separately on the plan to dissolve:*

The number of votes cast for dissolution was sufficient for approval by

_____
(voting group)

Signature: _____
(By a director, president or other officer - if directors or officers have not been selected, by an incorporator - if in the hands of a receiver, trustee, or other court appointed fiduciary, by that fiduciary)

**Ronald L. Lovell**
(Typed or printed name of person signing)

**President**
(Title of person signing)

**Filing Fee: $35**

**EXHIBIT 146** — July 10, 2011

# CFT CAPITAL

http://cftcapital.com/







**EXHIBIT 147** — Toussaint Law Group Secretary of State Georgia - Toussaint Law Group Dissolution Revocation

# Georgia Secretary of State

# Toussaint Law Group Dissolution Revocation

Cert. of Authority Dissolved/Revoked on  9/18/2010

Control No. **0423636**

# STATE OF GEORGIA

## Secretary of State

### Corporations Division
### 315 West Tower
### #2 Martin Luther King, Jr. Dr.
### Atlanta, Georgia 30334-1530

# CERTIFICATE
# OF
# Administrative
# Dissolution/Revocation

I, **Brian P. Kemp**, the Secretary of State of the State of Georgia, do hereby certify under the seal of my office that

## TOUSSAINT & ASSOCIATES, LLC

was mailed a notice in accordance with Title 14 of the Official Code of Georgia Annotated and was involuntarily or administratively dissolved or its certificate of authority revoked by the Office of Secretary of State on **09/06/2010** for failure to file its annual registration.

This certificate is issued pursuant to Title 14 of the Official Code of Georgia Annotated and is prima-facie evidence of the existence or nonexistence of the facts stated herein.

WITNESS my hand and official seal of the City of Atlanta and the State of Georgia on September 6, 2010



Brian P. Kemp
Secretary of State

**EXHIBIT 148** — Bloomberg Businessweek - Executive Profile - Brandon Colker

   Bloomberg Brandon Colker full page.pdf

# BLOOMBERG
# EXECUTIVE PROFILE

## Brandon Colker, Chief Executive Officer
## Sustainable Venture Capital

http://investing.businessweek.com/research/stocks/private/person.asp?personId=129072030&privcapId=129080759
&previousCapId=129080759&previousTitle=Sustainable%20Venture%20Capital

July 11, 2011 2:04 PM ET
Capital Markets
Sustainable Venture Capital
SnapshotPeople
OverviewBoard MembersCommittees

EXECUTIVE PROFILE
Brandon Colker

BACKGROUND
Mr. Brandon Colker is the Chief Executive Officer at Sustainable Venture Capital. He has founded four companies, including a
national brokerage and direct-lending institution that he has operated for close to a decade. Mr. Colker is a Director of Lithium
Exploration Group, Inc.

CORPORATE HEADQUARTERS
1990 North California Boulevard
Walnut Creek, California 94596

United States

Phone: 866-696-4377



Fax: --

**BOARD MEMBERS MEMBERSHIPS**

2011-Present
**Director**
Lithium Exploration Group, Inc.

**EDUCATION**

**Bachelor's Degree**
University of California

**OTHER AFFILIATIONS**

University of California
Lithium Exploration Group, Inc.

**TOTAL COMPENSATION**

There is no Total Compensation data available.

**EXHIBIT 149** — Success Bullion USA | San Francisco | e | SWIFT | BIC | IBAN ...

# Success Bullion USA
Website, Address and Contact Listing

http://www.bankers-telenet.com/en/search/swift-bic-sort-code/united%20states%20of%20america/san%20francisco/success-bullion-usa/



**EXHIBIT 150** — Success Bullion USA | San Francisco | Website

## Success Bullion USA — Website - About Us

http://www.successbullionusa.com/

