AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Berea Inc.**
was received by me on *(date)* 2/20/2012.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Richard D. Hall, who is designated by law to accept service of process on behalf of *(name of organization)* Berea, Inc.
on *(date)* 2/22/12 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 2/22/12

*Server's signature*

Berhane Tassaw
ATLANTA LEGAL SERVICES, INC.
*Printed name and title*

3070 Presidential Drive
Suite 148
Atlanta, Georgia 30340

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Texas

| | |
|---|---|
| R. Lance Flores, and Vicki Clarkson,<br>*Plaintiff*<br>v.<br>Scott Anthony Koster, et al.<br>*Defendant* | ) ) ) ) ) ) ) Civil Action No.<br><br>3-11CV-726 - M |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Berea Inc., #500, 3330 Cumberland Blvd., Atlanta, GA 30339 and may be served through the Corporation's Agent, Hendrickx Toussaint, #500, 3330 Cumberland Blvd., Atlanta, GA 30339

Tel: (770) 933-6269)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

R. Lance Flores, 3314 Pleasant Drive, Dallas, Texas 75227 USA

Vicki Clarkson, 2416 - 36 Street SW, Calgary, AB T3E 2Z5

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: APR 8 2011

*Yolanda K Pace*

*Signature of Clerk or Deputy Clerk*

Atlanta Legal Services, Inc.
3070 Allen
Atlanta
GA 30340

Date: 2/17/2012   Time: 11:19 AM
Entry: Manual
Trans ID: 159
Credit Card
Sale:
    Approved

Term ID: 27020120369102
Card: Visa
Card #: ************0142
Invoice #: N/A

Total:            $287.50

Ref #: 539813
AuthCode: 075087
AVS Result Code: 0

CVV Result Code: M
 CVV2/CVC2 Match


        ****THANK YOU****

        (CUSTOMER COPY)

```
Atlanta Legal Services, Inc.
3070 Presidential Drive, Ste. 146
Atlanta
GA 30340

Date: 3/2/2012  Time: 11:19 AM
Entry: Manual
Trans ID: 162
Credit Card
Sale:
    Approved

Term ID: 27020120369102
Card: Visa
Card #: ************0142
Invoice #: N/A

Total:             $70.00

Ref #: 838383
AuthCode: 070971
AVS Result Code: 0

CVV Result Code: M
 CVV2/CVC2 Match


        ****THANK YOU****

        (CUSTOMER COPY)
```

Please Remit To:
Atlanta Legal Services, Inc.
3070 Presidential Drive, Suite 148
Atlanta, Georgia 30340
Ph: (404) 876-8098 -- Fax: (404) 876-8099


Vicki Clarkson
2416 36th St. SW
Calgary, AB  T3E 2Z5


### INVOICE FOR SERVICE

IN RE: **VICKI CLARKSON, et al vs. SCOTT ANTHONY KOSTER, et al**

Invoice#: **CLARKSONVI~**      Link#: **94274**      Your Ref#:         DATE: **03/02/2012**

| Item | Servee | Desc | Amount | PD |
| --- | --- | --- | --- | --- |
| Process Service | Berea Inc. &Richard Hall | --- | $287.50 | --- |
| Pre-Payment | Berea Inc. &Richard Hall | credit card | $-287.50 | --- |
| Zone C | Berea Inc. &Richard Hall | additional address | $70.00 | YES |

**TOTAL:**                                                                                      **$0.00**

ALL INVOICES DUE UPON RECEIPT
A $30 LATE FEE WILL BE ASSESSED EVERY 30 DAYS PAST DUE.