

**ORIGINAL**

In the United States District Court
for the Northern District of Texas

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
      FILED
   APR - 4 2012
CLERK, U.S. DISTRICT COURT
  By _____
          Deputy
```

R. Lance Flores and Vicki Clarkson,    :
      *Plaintiff*
      V                           Civil Action Number: **3:11-cv-00726-M-BH**
Scott Anthony Koster, et all.    :
      *Defendant*

### CHANGE OF ADDRESS FOR RICHARD HALL & BEREA, INC.

If it please the court, please note the "change in address" for Richard Hall and Berea, Inc. for all correspondence relating to Civil Action Number: **3:11-cv-00726-M – BH**

Corporate Address: 3330 Cumberland Blvd, Atlanta GA 30039
*Mailing Address for this case*: 1009 Harvest Brook Dr., Lawrenceville GA 30043

Please be advised that I provided this information directly to Mr. Lance Flores and Vicki Clarkson previously and do not understand why they failed to disclose it to the court.

*/s/ Richard H. Hall*    3-28-12

Richard D. Hall/Berea, Inc.
ceo@bereainc.com
3330 Cumberland Blvd
Atlanta, GA 30039
(404) 919-2197

1009 HARVEST BROOK DR
LAWRENCEVILLE GA 30043

1100 Commerce St Room 1452
Dallas, TX 75242

7524281310

U.S. POSTAGE
PAID
LAWRENCEVILLE, GA
30043
MAR 28, '12
AMOUNT
$1.05
00090259-11

1000
75242

RECEIVED
APR - 4 2012