IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| R. LANCE FLORES,           ) | |
| VICKI CLARKSON,            ) | |
|     Plaintiffs,    ) | |
| vs.                        ) | No. 3:11-CV-0726-M-BH |
|                     ) | |
| SCOTT ANTHONY KOSTER, et. al, ) | |
|     Defendants.    ) | Referred to U.S. Magistrate Judge |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Defendant Berea Inc.'s claims and/or defenses are hereby stricken, and the Court finds it to be in default.

**SO ORDERED** this 20th day of December, 2012.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS