IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| R. LANCE FLORES,  § | |
| VICKI CLARKSON,  § | |
|     Plaintiffs,  § | |
| vs.  § | Civil No. 3:11-CV-0726-M-BH |
| § | |
| SCOTT ANTHONY KOSTER, et. al,  § | |
|     Defendants.  § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

The *pro se Plaintiffs' Motion for Default Judgment Against RICO Defendant Jon Divens*, filed August 8, 2012, is **DENIED.  IT IS FURTHER ORDERED** that the Clerk of Court is to set aside the August 9, 2012 entry of default as to Defendant, and his August 10, 2012 answer will be treated as timely.

**SO ORDERED** this 14th day of January, 2013.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS