IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| R. LANCE FLORES, § | |
| VICKI CLARKSON, § | |
| Plaintiffs, § | |
| vs. § | Civil No. 3:11-CV-0726-M-BH |
| § | |
| SCOTT ANTHONY KOSTER, et. al, § | |
| Defendants. § | |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

The *pro se Plaintiffs' Motion for Default Judgment Against RICO Defendant Steven E. Woods*, filed April 15, 2012, is **DENIED**. The *Defendant Steven E. Woods' Motion to Set Aside Default*, filed May 4, 2012 is **GRANTED**. **IT IS FURTHER ORDERED** that the Clerk of Court is to set aside the April 16, 2012 entry of default as to Defendant, and Defendant is granted leave to file a responsive pleading within twenty-one (21) days of the entry of this Order.

**SO ORDERED** this 14th day of January, 2013.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS