**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **R. LANCE FLORES,** | § | |
| **VICKI CLARKSON,** | § | |
| Plaintiffs, | § | |
| vs. | § | **Civil No. 3:11-CV-0726-M-BH** |
| | § | |
| **SCOTT ANTHONY KOSTER, et. al,** | § | |
| Defendants. | § | **Referred to U.S. Magistrate Judge** |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States

Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the

Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

The *pro se Plaintiffs' Motion for Default Judgment Against RICO Defendant Winston Jerome*

*Cook*, filed April 15, 2012 is **DENIED** without prejudice.

**SO ORDERED this 30ᵗʰ day of January, 2013.**

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS