**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **R. LANCE FLORES,** | § | |
| **VICKI CLARKSON,** | § | |
| **Plaintiffs,** | § | |
| **vs.** | § | **Civil No. 3:11-CV-0726-M-BH** |
| | § | |
| **SCOTT ANTHONY KOSTER, et. al,** | § | |
| **Defendants.** | § | **Referred to U.S. Magistrate Judge** |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

The *Nominal Defendant Hongkong and Shanghai Banking Corp. Ltd. Ti's Motion to Dismiss for Lack of Personal Jurisdiction*, filed August 3, 2012 is **GRANTED**, and the claims against Hongkong and Shanghai Banking Corp. Ltd. Ti are **DISMISSED without prejudice**.

**SO ORDERED this 11th day of February, 2013.**

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS