**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **R. LANCE FLORES,** | § | |
| **VICKI CLARKSON,** | § | |
| **Plaintiffs,** | § | |
| **vs.** | § | **Civil No. 3:11-CV-0726-M-BH** |
| | § | |
| **SCOTT ANTHONY KOSTER, et. al,** | § | |
| **Defendants.** | § | **Referred to U.S. Magistrate Judge** |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

The *Defendant John Childs' Motion for Summary Judgment*, filed February 11, 2013, is **GRANTED in part** and **DENIED in part**.  By separate partial judgment, the claims against John Childs will be **DISMISSED with prejudice**, and  John Childs' counterclaim against the plaintiffs under Tex. Civ. Prac. & Rem. Code §§ 9.011, 9.012(c) and 10.001 will also be **DISMISSED with prejudice**.

**SO ORDERED this 22nd day of November, 2013.**

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS