IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| R. LANCE FLORES, | § | |
| VICKI CLARKSON, | § | |
| Plaintiffs, | § | |
| vs. | § | Civil No. 3:11-CV-0726-M-BH |
| | § | |
| SCOTT ANTHONY KOSTER, et. al, | § | |
| Defendants. | § | Referred to U.S. Magistrate Judge |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the objections to the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and conducting a *de novo* review of those parts of the Findings and Conclusions to which objections have been made, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

The *pro se Plaintiffs' Motion for Default Judgment Against RICO Defendant Francis E. Wilde*, filed August 8, 2012, is **DENIED. IT IS FURTHER ORDERED** that the Clerk of Court is to set aside the August 9, 2012 entry of default as to Defendant, and his August 10, 2012 answer will be treated as timely.

SO ORDERED this 25th day of March, 2014.

BARBARA M.G. LYNN
UNITED STATES DISTRICT JUDGE