Case 3:11-cv-00726-M-BH Document 397 Filed 03/25/14 Page 1 of 2 PageID 4683

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR 25 2014
CLERK, U.S. DISTRICT COURT
By _____
        Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| R. LANCE FLORES, § | |
| VICKI CLARKSON, § | |
| Plaintiffs, § | |
| vs. § | Civil No. 3:11-CV-0726-M-BH |
| § | |
| SCOTT ANTHONY KOSTER, et. al, § | |
| Defendants. § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Before the Court are *Defendant Jon Divens' Motion for Judgment on the Pleadings Pursuant to F.R.C.P. 12(c)*, filed August 2, 2013 (doc. 368); *Defendant Francis E. Wilde's Motion for Judgment on the Pleadings Pursuant to F.R.C.P. 12(c)*, filed August 2, 2013 (doc. 369); *Defendant Maureen Wilde's Motion for Judgment on the Pleadings Pursuant to F.R.C.P. 12(c)*, filed August 2, 2013 (doc. 371); and *Defendant Steven E. Woods' Motion to Dismiss Pursuant to FED.R.CIV.P. 12(b)(2) and/or Motion for Summary Judgment Pursuant to FED.R.CIV.P. 56 and/or Motion for Judgment on the Pleadings Pursuant to FED.R.CIV.P. 12(c)*, filed October 10, 2013 (doc. 383). Because Plaintiffs lack standing for their RICO claims and their state law claims, the motions for judgment on the pleadings of the moving defendants are **GRANTED**, and all claims against them are **DISMISSED**. For the same reasons, the claims against the remaining defendants are also **DISMISSED** *sua sponte*. Steven E. Woods's motion to dismiss and motion for summary judgment are **DENIED as moot**. By separate judgment, the Plaintiffs' federal claim and state law claims will be **DISMISSED without prejudice** against all defendants for lack of standing.

SIGNED this 25th day of March, 2014.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS

2